**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **DR. CINDY BUCKMASTER,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO: 3:22-CV-00059** |
| | § | **FILED UNDER SEAL** |
| **v.** | § | |
| **BAYLOR COLLEGE OF MEDICINE,** | § | |
| **Defendant.** | § | |

## THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in these actions. By declining to intervene in these cases, the United States is not waiving or otherwise affecting the rights or ability of the United States or any other person to contend that provisions in the False Claims Act, including 31 U.S.C. §§ 3730(b)(5), 3730(d)(3), and 3730(e), bar Relator or any other person from proceeding with these actions.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to maintain a *qui tam* action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or the Defendant propose that these actions be dismissed, settled, or otherwise discontinued,

this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in these actions be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts; to intervene in these actions, for good cause, at a later date; and to seek the dismissal of the Relator's actions or claims. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests the Court unseal this Notice, the attached proposed Order, and Relator's Complaint. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

BRIAN M. BOYNTON
PRINCIPAL DEPUTY
ATTORNEY GENERAL

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

/s/ Jill O. Venezia
JILL O. VENEZIA
Assistant United States Attorney
Texas Bar # 24010764
Southern District of Texas Bar No. 31305
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9511
Facsimile: (713) 718-3309
Email: Jill.Venezia@usdoj.gov

/s/ Jill O. Venezia by permission
JAMIE A. YAVELBERG
DAVID B. WISEMAN
YIFAN WANG
Attorneys
United States Department of Justice
Civil Division, Fraud Section
175 N Street, NE
Room 10.1810
Washington, DC 20002
Telephone: (202) 616-4311
Email: yifan.wang@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Notice of Election to Decline Intervention and accompanying Proposed Order were served by first class mail, postage prepaid, on this, the 14th day of December, 2022, to:

Renee Brooker
Eva Gunasekera
Lauren Kuhlik
Tyko & Zavareei, LLP.
1828 L Street NW
Suite 1000
Washington D.C. 20036

John A. Kolar
Gabrielle DeStefano
Government Accountability Project
1612 K Street NW
Suite 1100
Washington D.C. 20006

Cory Fein
Cory Fein Law Firm
712 Main Street
Suite 800
Houston, Texas 77002-3207

Attorneys for Plaintiff/Relator

/s/ Jill O. Venezia
JILL O. VENEZIA
Assistant United States Attorney