**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **DR. CINDY BUCKMASTER,** | | |
| **Plaintiff,** | | **CIVIL ACTION NO: 3:22-CV-00059** |
| | | **FILED UNDER SEAL** |
| **v.** | | |
| **BAYLOR COLLEGE OF MEDICINE,** | | |
| **Defendant.** | | |

## (PROPOSED) ORDER

The United States, having declined to intervene in these actions pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. The Complaint filed by Relator Dr. Cindy Buckmaster shall be unsealed and the Complaint shall be served upon the Defendant by the Relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the Relator will serve upon the Defendant only after service of the Complaint;

3. The seal is lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in these actions, including supporting memoranda, on the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in these actions, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SIGNED on Galveston Island on this ___ day of _________________, 2022.

__________________________________

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE