| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-00059 |
|---|---|---|---|
| United States ex rel. Dr. Cindy Buckmaster | | | |
| *versus* | | | |
| Baylor College of Medicine | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Hunter Weikel<br>Hafemann, Magee & Thomas<br>P.O Box 8877<br>Roanoke, VA 24014<br>(540) 580-2978, hunter@fed-lit.com<br>Virginia Bar No. 96024<br>Eastern District of Virginia Bar No. 96024 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiff-Relator Dr. Cindy Buckmaster |

Has applicant been sanctioned by any bar association or court? Yes ______ No X ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: Mar 29, 2023 | Signed: Hunter D. Weikel<br>Hunter D. Weikel (Mar 29, 2023 11:53 EDT) |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________

____________________
United States District Judge