**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CINDY BUCKMASTER<br><br>Relator,<br><br>v.<br><br>BAYLOR COLLEGE OF MEDICINE<br><br>Defendant. | Civil Action No. 3:22-cv-59 |

**RELATOR'S UNOPPOSED MOTION FOR WITHDRAWAL OF CORY FEIN AS COUNSEL**

Relator moves for entry of an order permitting Cory Fein to withdraw as counsel of record. John R. Thomas, Jr. will continue as Lead Attorney and Attorney to be Noticed for Relator. This request will not affect any future deadlines in this case. Relator's counsel has conferred with Defendant's counsel, who is unopposed to this motion.

WHEREFORE, the undersigned attorney requests an order of this Court granting this Motion for Withdrawal of Cory Fein as Counsel for Relator.

Dated: April 3, 2023.

Respectfully submitted,

/s/ Cory S. Fein

CORY S. FEIN
CORY FEIN LAW FIRM
712 Main Street, Suite 800
Houston, TX 77002
(281) 254-7717
(530) 748 - 0601 (fax)
cory@coryfeinlaw.com

Attorney for Relator

**CERTIFICATE OF SERVICE**

I hereby certify that this motion was filed with the Court's ECF system and thereby served on all parties of record on April 3, 2023.

/s/ Cory S. Fein
Cory S. Fein