**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CINDY BUCKMASTER<br><br>Relator,<br><br>v.<br><br>BAYLOR COLLEGE OF MEDICINE<br><br>Defendant. | Civil Action No. 3:22-cv-59 |

**[proposed] ORDER**

The Court hereby ORDERS that Cory Fein is withdrawn as counsel of record for Relator in this case.

Dated: ___________

______________________________
U.S. District Judge