United States District Court
Southern District of Texas

**ENTERED**

April 05, 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-00059 |
|---|---|---|---|

United States ex rel. Dr. Cindy Buckmaster

*versus*

Baylor College of Medicine

| | |
|---|---|
| Lawyer's Name | Hunter Weikel |
| Firm | Hafemann, Magee & Thomas |
| Street | P.O Box 8877 |
| City & Zip Code | Roanoke, VA 24014 |
| Telephone & Email | (540) 580-2978, hunter@fed-lit.com |
| Licensed: State & Number | Virginia Bar No. 96024 |
| Federal Bar & Number | Eastern District of Virginia Bar No. 96024 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiff-Relator Dr. Cindy Buckmaster |

Has applicant been sanctioned by any bar association or court? Yes ______ No X ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: Mar 29, 2023 | Signed: Hunter D. Weikel<br>Hunter D. Weikel (Mar 29, 2023 11:53 EDT) |

The state bar reports that the applicant's status is: Clear

| | |
|---|---|
| Dated: April 05, 2023 | Clerk's signature G. Cardenas |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: April 05, 2023

Jeff Brown
United States District Judge