**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **DR. CINDY BUCKMASTER** | ) ) ) | |
| **Plaintiff-Relator,** | ) ) ) | |
| **v.** | ) ) | **Civil Action No. 3:22-cv-00059** |
| **BAYLOR COLLEGE OF MEDICINE** | ) ) | |
| **Defendant.** | ) | |

**DEFENDANT BAYLOR COLLEGE OF MEDICINE'S**
**APPENDIX IN SUPPORT OF ITS MOTION TO DISMISS**

| Exhibit No. | Description |
|---|---|
| 1 | Index of Public Disclosures |
| 2 | Declaration of Sara Brinkmann |
| 3 | 7/11/2018 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 6N], available at https://www.washingtonpost.com/context/letter-from-office-of-lab-animal-welfare-to-baylor-college/2686d70c-52d5-46b5-91d8-a2c54f119539/?itid=lk_inline_manual_59 (last accessed July 10, 2023). |
| 4 | 8/22/2019 Article by K. Brulliard and W. Wan: Caged raccoons drooled in 100-degree heat. But federal enforcement has faded, available at https://www.washingtonpost.com/science/caged-raccoons-drooled-in-100-degree-heat-but-federal-enforcement-has-faded/2019/08/21/9abf80ec-8793-11e9-a491-5df61c78dc4_story.html (last accessed July 10, 2023). |

| Exhibit No. | Description |
|---|---|
| 5 | 9/16/2019 PETA Press Release: Animal Suffering, Death at Baylor College of Medicine Prompt Urgent Plea, available at https://www.peta.org/media/news-releases/animal-suffering-death-at-baylor-college-of-medicine-prompt-urgent-plea/ (last accessed July 10, 2023). |
| 6 | 9/16/2019 PETA Press Release: BCM Veterinarian Has One Job-to Protect Animals-and Has Apparently Failed Miserably, available at https://www.peta.org/blog/baylor-college-medicine-veterinarian/ (last accessed July 10, 2023). |
| 7 | 9/16/2019 PETA Letter to Paul Klotman, President of Baylor College of Medicine, available at https://www.peta.org/wp-content/uploads/2023/01/2019-09-16-Ltr-to-BCM-President.pdf (last accessed July 10, 2023). |
| 8 | 8/12/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7U], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6963 (last accessed July 10, 2023). |
| 9 | 10/16/2019 Letter from A. Wolff to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8C], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6971 (last accessed July 10, 2023). |
| 10 | 10/16/2019 Letter from A. Wolff to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8B], available at https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6970 (last accessed July 10, 2023). |
| 11 | 11/7/2019 Letter from N. Petervary to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8M], available at https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6981 (last accessed July 10, 2023). |

| Exhibit No. | Description |
|---|---|
| 12 | 3/29/2022 PETA Foundation Letter to The Honorable Kim Ogg re Request to Investigate Baylor College of Medicine for Apparent Violations of the Texas Cruelty to Animals Law, available at https://www.peta.org/wp-content/uploads/2022/03/From-PETA-Regarding-Baylor-College-of-Medicine.pdf (last accessed July 10, 2023). |
| 13 | 11/7/2019 Letter from N. Petervary to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8L], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6980 (last accessed July 10, 2023). |
| 14 | 11/7/2019 Letter from N. Petervary to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8K], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6979 (last accessed July 10, 2023). |
| 15 | 11/7/2019 Letter from N. Petervary to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8J], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6978 (last accessed July 10, 2023). |
| 16 | 11/6/2019 Letter from A. Wolff to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8I], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6977 (last accessed July 10, 2023). |
| 17 | 10/16/2019 Letter from A. Wolff to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8G], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6975 (last accessed July 10, 2023). |
| 18 | 10/16/2019 Letter from A. Wolff to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8F], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6974 (last accessed July 10, 2023). |

| Exhibit No. | Description |
|---|---|
| 19 | 10/16/2019 Letter from A. Wolff to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8E], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6973 (last accessed July 10, 2023). |
| 20 | 10/16/2019 Letter from A. Wolff to M. Dickinson re Animal Welfare Assurance A3823-01 [OLAW Case 8D], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6972 (last accessed July 10, 2023). |
| 21 | 8/26/2019 Letter from B. Morse to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 8A], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6969 (last accessed July 10, 2023). |
| 22 | 8/26/2019 Letter from B. Morse to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7Z], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6968 (last accessed July 10, 2023). |
| 23 | 8/26/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7Y], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6967 (last accessed July 10, 2023). |
| 24 | 8/26/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7X], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6966 (last accessed July 10, 2023). |
| 25 | 8/12/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7W], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6965 (last accessed July 10, 2023). |
| 26 | 8/12/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7V], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6964 (last accessed July 10, 2023). |

| Exhibit No. | Description |
|---|---|
| 27 | 8/7/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7T], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6961 (last accessed July 10, 2023). |
| 28 | 6/13/2019 Letter from B. Morse to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7S], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6959 (last accessed July 10, 2023). |
| 29 | 5/9/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7R], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6958 (last accessed July 10, 2023). |
| 30 | 5/2/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7Q], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6957 (last accessed July 10, 2023). |
| 31 | 5/2/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7P], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6956 (last accessed July 10, 2023). |
| 32 | 5/2/2019 Letter from A. Wolff to A. Kuspa re Animal Welfare Assurance A3823-01 [OLAW Case 7O], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6955 (last accessed July 10, 2023). |
| 33 | 9/25/2017 USDA Routine Inspection Report [74-R-0018] – Baylor College of Medicine, Site 001, *available at* https://aphis--c.na107.content.force.com/sfc/dist/version/download/?oid=00Dt0000000GyZH&ids=068t000000EgWO7&d=%2Fa%2F3d000000pYwk%2FwH58Pxg9Kqs7KuKJKBuyJDF4czYAW3Ou9rq5kQsMvk4&asPdf=false (last accessed July 10, 2023). |

| Exhibit No. | Description |
|---|---|
| 34 | 9/12/2016 USDA Routine Inspection Report [74-R-0018] – Baylor College of Medicine, Site 001, *available at* https://aphis--c.na107.content.force.com/sfc/dist/version/download/?oid=00Dt0000000GyZH&ids=068t000000EgW84&d=%2Fa%2F3d000000pYyB%2FJEmD9XkoFYyAoy9NbwbJqcGP5sODSRZHcglqu6ylSGw&asPdf=false (last accessed July 10, 2023). |
| 35 | 3/29/2022 PETA Press Release: PETA Files Cruelty Complaint Against Baylor College of Medicine, *available at* https://www.peta.org/media/news-releases/peta-files-cruelty-complaint-against-baylor-college-of-medicine/ (last accessed July 10, 2023). |
| 36 | 7/1/2021 OAG Memorandum re Issuance and Use of Guidance Documents by the Dept. of Justice, *available at* https://www.justice.gov/opa/page/file/1408606/download (last accessed July 10, 2023). |
| 37 | 3/25/2019 Office of Public Affairs Press Release 19-268, Duke University Agrees to Pay U.S. $112.5 Million to Settle False Claims Act Allegations Related to Scientific Research Misconduct, *available at* https://www.justice.gov/opa/pr/duke-university-agrees-pay-us-1125-million-settle-false-claims-act-allegations-related (last accessed July 10, 2023). |
| 38 | 1/30/2023 Office of Public Affairs Press Release 23-029, U.S. Attorney Announces Settlement of Civil Fraud Lawsuit Against Former Hunter College Professor and Hunter College for Fraudulent Using Federal Research Funds, available at https://www.justice.gov/usao-sdny/pr/us-attorney-announces-settlement-civil-fraud-lawsuit-against-former-hunter-college (last accessed July 10, 2023). |

Dated: July 10, 2023

Respectfully Submitted,

s/ *Sara Brinkmann*

Sara Brinkmann
Attorney-in-Charge
Texas Bar No. 24069919
S.D. Tex. Bar No. 1287802
Adam Robison
Texas Bar No. 24035497
S.D. Tex. Bar No. 608250
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, Texas 77002
Tel: (713) 751-3200
Fax: (713) 751-3290
sbrinkmann@kslaw.com
arobison@kslaw.com

**ATTORNEYS FOR DEFENDANT BAYLOR COLLEGE OF MEDICINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, a true and correct copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Sara Brinkmann*
Sara Brinkmann