**EXHIBIT 1**

## Exhibit 1 - Index of Public Disclosures

### List of Conduct Alleged in the Amended Complaint and Exhibit A

1. Allow unauthorized/untrained/unqualified individuals to conduct surgeries. *See, e.g.*, Am. Compl. at ¶¶ 11, 81, 88, 95, 102, 109, and 161.
2. Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. *See, e.g.*, Am. Compl. at ¶¶ 102 and 109.
3. Botched surgeries, killing animals during experiments. *See, e.g.*, Am. Compl. at ¶¶ 19, 81, 88, 95, and 109.
4. Failed to properly euthanize research animals. *See, e.g.*, Am. Compl. at ¶¶ 81 and 109.
5. Failed to properly administer anesthesia. *See, e.g.*, Am. Compl. at ¶¶ 11, 81, 95, 102, and 109.
6. Failed to properly administer pain medication for surgical procedures. *See, e.g.*, Am. Compl. at ¶¶ 88, 95, 102, and 109.
7. Failed to properly close surgical wounds. *See, e.g.*, Am. Compl. at ¶¶ 81 and 88.
8. Failed to follow proper sterile techniques during surgical procedures. *See, e.g.*, Am. Compl. at ¶¶ 81, 88, 95, 102, and 109.
9. Failed to properly monitor research animals in housing area. *See, e.g.*, Am. Compl. at ¶¶ 81 and 95.
10. Failed to properly prepare research animals for surgery. *See, e.g.*, Am. Compl. at ¶ 81.
11. Failed to properly maintain medical records. *See, e.g.*, Am. Compl. at ¶ 81.
12. Failed to properly monitor research animals during surgery. *See, e.g.*, Am. Compl. at ¶¶ 81, 88, 95, and 102.
13. Failed to report continuing violations to OLAW. *See, e.g.*, Am. Compl. at ¶¶ 81, 88, 95, 102, and 109.
14. Performed unapproved procedures and breeding. *See, e.g.*, Am. Compl. at ¶ 95.

**Exhibit 1 - Index of Public Disclosures**

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 3 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 6N] | July 11, 2018 | "OLAW understands that for three piglets on a surgical study, the sterile field was not maintained, the same suture strand was used for the entire procedure, and body temperature was not recorded throughout the procedure." | Failed to follow proper sterile techniques during surgical procedures. Am. Compl. at ¶¶ 81, 88, 95, 102, and 109.<br><br>Failed to properly maintain medical records. Am. Compl. at ¶ 81.<br><br>Failed to properly monitor research animals during surgery. Am. Compl. at ¶¶ 81, 88, 95, and 102. |
| 4 | News Media | Karin Bruillard and William Wan, *Caged Racoons Drooled in 100-Degree Heat. But Federal Enforcemen t Has Faded,* | Aug. 22, 2019 | At Baylor College of Medicine in Texas, research labs that experiment on pigs and rabbits reported 13 incidents and "noncompliances" in 2017 and 2018 to the federal Office of Lab Animal Welfare, a part of the National Institutes of Health that regulates federally funded animal | Failed to properly administer anesthesia. Am. Compl. at ¶¶ 11, 81, 95, 102, and 109.<br><br>Botched surgeries, killing animals during experiments. Am. Compl. at ¶¶ 19, 81, 88, 95, and 109.<br><br>Failed to properly administer anesthesia. Am. Compl. at ¶¶ 11, 81, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | Wash. Post, (Aug. 22, 2019), *available at* https://www.washingtonpost.com/science/caged-raccoons-drooled-in-100-degree-heat-but-federal-enforcement-has-faded/2019/08/21/9abf80ec-8793-11e9-a491-25df61c78dc4_story.html | | research. Some involved surgeries that resulted in the deaths of four animals, including two rabbits that had been improperly anesthetized.<br><br>In July 2018, the office sent a letter to Baylor, chastising it for "ongoing serious programmatic noncompliance" related to surgeries and placing it on an "enhanced reporting schedule." Copies on the letter was the USDA's director of animal welfare operations. | Failed to report continuing violations to OLAW. Am. Compl. at ¶¶ 81, 88, 95, 102, and 109. |
| 5 | News Media | Press Release, Animal Suffering, Death at | Sept. 16, 2019 | "From January 1, 2018, to January 31, 2019, alone, BCM reported 41 incidents that violated animal welfare provisions, including ones | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | Baylor College of Medicine Prompt Urgent Plea (Sept. 16, 2019), *available at* https://www.peta.org/media/news-releases/animal-suffering-death-at-baylor-college-of-medicine-prompt-urgent-plea/ | | in which mice who'd been subjected to invasive experimental surgeries weren't given adequate analgesics, experimenters failed to follow procedures to prevent contamination while performing surgery on mice and piglets, and two rabbits died after an anesthetic machine was improperly assembled. Mice who were subjected to craniotomies (incisions into the skull) weren't given appropriate analgesics, a mouse started to regain consciousness in the middle of experimental surgery because the nose cone delivering anesthetics hadn't been fitted properly, and two others were left to languish with acrylic on their bodies at the point of death, hunched over and moving slowly. Mice were | Failed to follow proper sterile techniques during surgical procedures. Am. Compl. at ¶¶ 81, 88, 95, 102, and 109.<br><br>Failed to properly monitor research animals during surgery. Am. Compl. at ¶¶ 81, 88, 95, and 102.<br><br>Failed to properly administer anesthesia. Am. Compl. at ¶¶ 11, 81, 95, 102, and 109.<br><br>Botched surgeries, killing animals during experiments. Am. Compl. at ¶¶ 19, 81, 88, 95, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | also subjected to toe amputations that were either unapproved or carried out without anesthetics." | |
| 6 | News Media | Zachary Toliver, *BCM Veterinarian Has One Job—to Protect Animals—and Has Apparently Failed Miserably*, PETA Blog (Sept. 16, 2019), *available at* https://www.peta.org/blog/baylor-college-medicine-veterinarian/ | Sept. 16, 2019 | "Numerous mice subjected to experimental surgeries were left to suffer and die without being given analgesics in accordance with protocol—or were given expired analgesics. Reports showed that BCM staff amputated the toes of baby and adult mice without permission or anesthetics."<br><br>"In one case, experimenters opened mice's skulls and failed to administer adequate pain relief following the surgery. In another incident, an anesthetized mouse who was undergoing invasive surgery started to regain | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109.<br><br>Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. Am. Compl. at ¶¶ 102 and 109.<br><br>Failed to properly administer anesthesia. Am. Compl. at ¶¶ 11, 81, 95, 102, and 109.<br><br>Failed to follow proper sterile techniques during surgical procedures. Am. Compl. at ¶¶ 81, 88, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | consciousness because the nose cone delivering inhalant anesthetics hadn't been fitted properly."<br><br>"One report detailed that experimenters didn't even use sterile techniques while performing surgery on mice and piglets. And two rabbits died as a result of complications caused by improper setup of the anesthetic machine."<br><br>"Three mice used in a tumor study weren't provided with proper monitoring, which would have required that they be euthanized before enduring extreme agony—suggesting that the tumors had become larger than the size that had been approved." | Failed to properly monitor research animals during surgery. Am. Compl. at ¶¶ 81, 88, 95, and 102.<br><br>Failed to properly euthanize research animals. Am. Compl. at ¶¶ 81 and 109.<br><br>Botched surgeries, killing animals during experiments. Am. Compl. at ¶¶ 19, 81, 88, 95, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 7 | News Media | PETA Letter to Paul Klotman, President of Baylor College of Medicine, *available at* https://www.peta.org/wp-content/uploads/2023/01/2019-09-16-Ltr-to-BCM-President.pdf | Sept. 16, 2019 | "Reports submitted by BCM to the National Institutes of Health's Office of Laboratory Animal Welfare in the 13-month period from January 1, 2018 to January 31, 2019, document 41 incidents in which BCM violated animal welfare provisions mandated by the Department of Health and Human Services. Mice who had been subjected to invasive experimental surgeries were not given analgesia in accordance with the protocol, or were given expired analgesia. In one case, mice were subjected to craniotomies (incisions into the skull), but were not given two analgesics that were specified in the protocol following the surgery. In another case, two mice | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109.<br><br>Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. Am. Compl. at ¶¶ 102 and 109.<br><br>Failed to follow proper sterile techniques during surgical procedures. Am. Compl. at ¶¶ 81, 88, 95, 102, and 109.<br><br>Failed to properly monitor research animals during surgery. Am. Compl. at ¶ 81, 88, 95, and 102.<br><br>Failed to properly administer anesthesia. Am. Compl. at ¶¶ 11, 81, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | were moribund and had excessive acrylic on their bodies while two other mice were noted to be hunched and moving slowly following surgery; a review of the animals' records determined that if analgesia had been given to these animals, it was not documented. Experimenters failed to use aseptic techniques while performing surgery on mice and piglets. Two rabbits died due to anesthetic complications caused by improper setup of the anesthetic machine. Three mice used in a tumor study were not monitored for humane endpoints, which would have required that they be euthanized before enduring extreme suffering —suggesting that the tumors had become larger | Botched surgeries, killing animals during experiments. Am. Compl. at ¶¶ 19, 81, 88, 95, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | than what had been approved; one of the mice lost significant weight and died. In another incident, an anesthetized mouse who was undergoing experimental surgery started to regain consciousness because the nose cone delivering inhalant anesthesia had not been fitted properly. Neonatal and adult mice were subjected to toe amputations that were either unapproved or carried out without anesthesia.<br><br>Experimenters deviated from protocols, leaving animals vulnerable to additional pain and distress beyond that which the animals would have experienced had the experimenters followed the approved protocol." | |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 8 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7U] | Aug. 12, 2019 | "OLAW understands that eight mice received foot pad injections although this activity was not described in the approved protocol. Two of the mice sustained swollen feet." | Performed unapproved procedures and breeding. Am. Compl. at ¶ 95. |
| 9 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8C] | Oct. 16, 2019 | "OLAW understands that an experimental hypoxia chamber holding mice malfunctioned and 14 animals died." | Failed to properly monitor research animals in housing area Am. Compl. at ¶¶ 81 and 95.<br><br>Botched surgeries, killing animals during experiments. Am. Compl. at ¶¶ 19, 81, 88, 95, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 10 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8B] | Oct. 16, 2019 | "OLAW understands that eight mice received recently expired sustained release analgesic." | Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. Am. Compl. at ¶¶ 102 and 109.<br><br>Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |
| 11 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8M] | Nov. 7, 2019 | "our office understands that 33 mice on a PHS funded activity failed to receive a secondary dose of analgesic for cranial injections and failed to receive health evaluations as described in the protocol that was approved by the Institutional Animal Care and Use Committee (IACUC)." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 12 | Federal Report | PETA Complaint to DA Ogg | Mar. 29, 2022 | "BCM drew blood from a mouse's artery behind her eye and then removed her eye—all without anesthesia—even though these activities had not been approved in the experimental protocol; after experiencing unjustifiable pain, the mouse died following the procedure—prior to the planned euthanasia. Ex. 1 (Case 9T, July 26, 2021).<br><br>BCM gave nine mice injections of the chemical tamoxifen even though the drug had not been described in the protocol; four of the animals died. Ex. 2 (Case 9R, Apr. 26, 2021).<br><br>BCM failed to provide food, as required by the protocol, to six confined mice who had undergone | Failed to properly administer anesthesia. Am. Compl. at ¶¶ 11, 81, 95, 102, and 109.<br><br>Botched surgeries, killing animals during experiments. Am. Compl. at ¶¶ 19, 81, 88, 95, and 109.<br><br>Failed to properly euthanize research animals. Am. Compl. at ¶¶ 81 and 109.<br><br>Performed unapproved procedures and breeding. Am. Compl. at ¶ 95.<br><br>Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109.<br><br>Failed to properly monitor research animals in housing area Am. Compl. at ¶¶ 81 and 95. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | cranial electrode implants; four of the mice died and two mice were found hunched with ruffled fur, signs of pain and illness. Ex. 3 (Case 9O, Dec. 9, 2020).<br><br>After thirty-five mice underwent tumor transplants, one mouse was found dead and another was found moribund and was euthanized. Ex. 4 (Case 9N, Dec. 9, 2020). BCM caused the mice to endure unjustified pain and suffering by administering only one dose of post-operative pain relief even though the protocol stipulated that pain relief should be provided for six days following the procedure. Id. | Failed to properly monitor research animals during surgery. Am. Compl. at ¶ 81, 88, 95, and 102.<br><br>Failed to properly close surgical wounds. Am. Compl. at ¶¶ 81 and88. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | BCM caused eight mice in seven cages unjustifiable suffering by depriving them of food or water. Ex. 5 (Case 8W, Jan. 16, 2020).<br><br>BCM caused 6,425 zebrafish to suffer unjustifiable agonizing deaths by failing to monitor water quality parameters adequately. Ex. 6 (Case 8V, Jan. 16, 2020).<br><br>For three days, BCM caused mice in seventy cages unjustifiable suffering by depriving them of water after a rack holding the cages "had been disconnected from the water supply and an alarm had been sent." Ex. 7 (Case 8T, Jan. 15, 2020). The husbandry logs indicated that the standard daily water checks were | |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | conducted during that three-day period. Id.<br><br>BCM caused twenty neonatal mice unjustifiable pain and suffering by amputating their toes without administering anesthesia or analgesia; the procedure was not described in the protocol. Ex. 8 (Case 8S, Jan. 15, 2020).<br><br>BCM caused twelve castrated mice unjustifiable pain and suffering by not giving the mice the full three-day regimen of analgesics as described in the protocol. Ex. 9 (Case 8N, Dec. 17, 2019). BCM failed to adequately monitor the mice, and two mice died and two others became sick and required | |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | immediate monitoring by the veterinary staff. Id.<br><br>BCM subjected mice to tumor-removal surgery without administering the pre-surgical analgesic described in the protocol or the post-surgical analgesics—which were supposed to be administered for three consecutive days after surgery. Ex. 10 (Case 7X, Aug. 26, 2019). BCM failed to monitor the mice for three days following the surgery, and one mouse died. Id.<br><br>BCM caused fifteen mice unjustifiable pain and suffering when it failed to administer post-operative analgesics, as indicated in the protocol, for two out of five days; | |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | three of these mice had partially gaping incisions. Ex. 11 (Case 7T, Aug. 7, 2019).<br><br>BCM failed to monitor seven mice for two consecutive days post-surgery. Ex. 12 (Case 7O, May 2, 2019). BCM caused these mice unjustifiable pain and suffering by failing to give the mice the required analgesia, and there was insufficient documentation of preoperative analgesia. Id. One mouse was in poor condition and had to be euthanized. Id. | |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 13 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8L] | Nov. 7, 2019 | "two mice had not been monitored by research staff on the third day following a cranial injection procedure." | Failed to properly monitor research animals in housing area Am. Compl. at ¶¶ 81 and 95.<br><br>Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109.<br><br>Failed to properly monitor research animals during surgery. Am. Compl. at ¶ 81, 88, 95, and 102. |
| 14 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8K] | Nov. 7, 2019 | "approximately 300 mice were identified that failed to receive a secondary post-operative analgesic as described in the protocol that was approved by the Institutional Animal Care and Use Committee (IACUC)."<br><br>"In addition, one surgeon was found to be performing surgery with some, but not | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109.<br><br>Allow unauthorized/untrained/unqualified individuals to conduct surgeries. Am. Compl. at ¶¶ 11, 81, 88, 95, 102, and 109, and 161 |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | all the training requirements completed, and without a proficiency assessment." | |
| 15 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8J] | Nov. 7, 2019 | "69 rats on a PHS funded activity were found that failed to receive a secondary analgesic for tracheal surgery as described in the protocol that was approved by the Institutional Animal Care and Use Committee (IACUC)." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |
| 16 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8I] | Nov. 6, 2019 | "OLAW understands that an investigator was conducting surgery in mice without having completed the final proficiency assessment of the institutional training." | Allow unauthorized/untrained/unqualified individuals to conduct surgeries. Am. Compl. at ¶¶ 11, 81, 88, 95, 102, 109, and 161 |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 17 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8G] | Oct. 16, 2019 | "OLAW understands that provision of post-operative analgesia was delayed for five mice. Specifically, the administration of the analgesic was delayed on the third day following surgery and the animals were not monitored on that day." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |
| 18 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8F] | Oct. 16, 2019 | "OLAW understands that 15 mice which underwent cranial surgery received a different combination of analgesics than described in the protocol. The mice recovered uneventfully." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |
| 19 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8E] | Oct. 16, 2019 | "OLAW understands that three mice received a delayed dose of analgesia on the third day following surgery." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 20 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8D] | Oct. 16, 2019 | "OLAW understands that 10 mice were subjected to a parabiosis separation surgery that was not described in the protocol." | Failed to properly monitor research animals during surgery. Am. Compl. at ¶ 81, 88, 95, and 102. |
| 21 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 8A] | Aug. 26, 2019 | "OLAW understands that fifty mice received expired Buprenorphine following ovariectomy and cannulation procedures." | Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. Am. Compl. at ¶¶ 102 and 109. |
| 22 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7Z] | Aug. 26, 2019 | "OLAW understands that three cages, without water, containing 6 mice total were found in an automated euthanasia machine." | Failed to properly monitor research animals in housing area Am. Compl. at ¶¶ 81 and 95. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 23 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7Y] | Aug. 26, 2019 | "OLAW understands that 76 mice received expired analgesic following a survival surgery." | Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. Am. Compl. at ¶¶ 102 and 109. |
| 24 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7X] | Aug. 26, 2019 | "OLAW understands that five mice received a different pre-operative analgesic than described in the protocol and failed to receive the required post-operative analgesics for three days following surgery. The mice were also not monitored for three days following surgery and one mouse died. One investigator had not completed all of the required training modules." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109.<br><br>Failed to properly monitor research animals during surgery. Am. Compl. at ¶¶ 81, 88, 95, and 102.<br><br>Allow unauthorized/untrained/unqualified individuals to conduct surgeries. Am. Compl. at ¶¶ 11, 81, 88, 95, 102, 109, and 161<br><br>Botched surgeries, killing animals during experiments. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | | Am. Compl. at ¶¶ 19, 81, 88, 95, and 109. |
| 25 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7W] | Aug. 12, 2019 | "OLAW understands that 286 mice were administered an expired anesthetic drug for terminal perfusions. The drug was also used to prepare combination cocktails and no logs were kept for these combinations." | Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. Am. Compl. at ¶¶ 102 and 109. |
| 26 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7V] | Aug. 12, 2019 | "OLAW understands that twelve mice were administered an expired anesthetic drug." | Violated DEA and OLAW requirements for drug use and maintenance and administered expired drugs to research animals in violation of DEA and OLAW requirements. Am. Compl. at ¶¶ 102 and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 27 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7T] | Aug. 7, 2019 | "OLAW understands that fifteen mice failed to receive post-operative analgesics for two of five days. Three mice in this group had small partially dehisced incisions that were healing. No adverse effects were reported with the mice due to missing the doses or with the healing incisions." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |
| 28 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7S] | Jun. 13, 2019 | "OLAW understands that while working within a vivarium biohazard procedure room, a researcher failed to use all of the proper personal protective equipment required. Animal procedures were being performed within the biological safety cabinet and no biohazard substances were in use. The researcher indicated that the drug salmeterol xinofoate was being administered to | Failed to follow proper sterile techniques during surgical procedures. Am. Compl. at ¶¶ 81, 88, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | mice. This drug was not described in the protocol." | |
| 29 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7R] | May 9, 2019 | "OLAW understands that a piglet underwent an approved experimental surgery and recovered normally. However, the following day, a portion of the small intestine herniated between the sutures on the abdomen. Both muscle and skin closures were still intact and none of the other fifteen piglets used for the surgical procedure experienced complications." | Performed unapproved procedures and breeding. Am. Compl. at ¶ 95. |
| 30 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7Q] | May 2, 2019 | "OLAW understands that an analgesic was given postoperatively rather than preoperatively as described in the approved protocol. Also, the sterile surgical field was not maintained." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109.<br><br>Failed to follow proper sterile techniques during surgical procedures. Am. Compl. at ¶¶ 81, 88, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 31 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7P] | May 2, 2019 | "OLAW understands three mice recovering from anesthesia were not provided supportive heat during recovery. Twenty-four additional mice did not have surgical would clips removed thirty days following surgery." | Failed to properly administer anesthesia. Am. Compl. at ¶¶ 11, 81, 95, 102, and 109.<br><br>Failed to properly close surgical wounds. Am. Compl. at ¶¶ 81and 88. |
| 32 | Federal Report | OLAW Letter Re: Animal Welfare Assurance A3823-01 [OLAW Case 7O] | May 2, 2019 | "OLAW understands that seven mice undergoing survival surgery were not monitored for two days postoperatively and did not receive the required analgesia. Also, there was insufficient documentation of the controlled analgesic drug given preoperatively." | Failed to properly administer pain medication for surgical procedures. Am. Compl. at ¶¶ 88, 95, 102, and 109. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| 33 | Federal Report | USDA Inspection Report [74-R-0018] | Sept. 25, 2017 | "Staff indicated that the piglet was fed on a 3 hour schedule and appeared stable, but did not recognize the need to document the care and observations.<br><br>The facility must ensure that all personnel involved in animal care and use are appropriately qualified and trained.<br><br>Animal observations, record keeping and documentation are integral parts of humane animal care and necessary for assurance that animal distress is minimized. The facility should review personnel qualifications including research technicians, laboratory staff and scientists. Training and | Failed to properly maintain medical records. Am. Compl. at ¶ 81. |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | instruction should be provided regarding the record-keeping and documentation necessary to demonstrate compliance with acceptable standards for animal treatment, care and use.” | |
| 34 | Federal Report | USDA Inspection Report [74-R-0018] | Sept. 12, 2016 | “Two rabbits underwent implant surgery under protocol 6629 on July 30, 2015. The next day, the surgical wounds were noted to have dehisced. One animal (1507) was euthanized as a result of the adverse event. The other animal underwent an unscheduled surgery to repair the wound. It was subsequently determined that in the original procedures the surgeon did not close the wounds in multiple layers as required by the protocol. Surgical technique error, unrelated | Failed to properly close surgical wounds. Am. Compl. at ¶¶ 81 and 88.<br><br>Botched surgeries, killing animals during experiments. Am. Compl. at ¶¶ 19, 81, 88, 95, and 109.<br><br>Performed unapproved procedures and breeding. Am. Compl. at ¶ 95.<br><br>Allow unauthorized/untrained/unqualified individuals to conduct surgeries. Am. Compl. at ¶¶ 11, 81, 88, 95, 102, 109, and 161 |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | to training, was identified as the primary cause of the adverse event. Documentation review showed that the incident was reported to the IACUC, identified as a serious non-compliance by the IACUC and appropriately managed by the IACUC and the facility prior to this inspection. Protocol 5795 requires weighing animals at least twice weekly during specific water restriction activities. One animal (RQ9229) was water restricted on July 11-14, 2016. On July 17, 2016 the animal was noted to have behavior changes. This animal was weighed on July 11 and July 17. No definitive diagnosis was determined as a cause for the behavior changes. However, weights during | |

| Exhibit | Type of Public Disclosure | Document | Date of Public Disclosure | Key Disclosure | Same or Substantially Similar Allegations in the Amended Complaint |
|---|---|---|---|---|---|
| | | | | water restricted activities as a tool to monitor hydration status were not performed according to the protocol schedule." | |