# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **DR. CINDY BUCKMASTER,** | ) | |
| **Plaintiff-Relator,** | ) | |
| | ) | **Civil Action No. 3:22-cv-00059** |
| **v.** | ) | |
| **BAYLOR COLLEGE OF MEDICINE,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF SARA BRINKMANN**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**RELATOR'S AMENDED COMPLAINT**

I, Sara Brinkmann, submit this Declaration and have personal knowledge of the following facts:

1. I am a member of the State Bar of Texas, am admitted into the Southern District of Texas, and a partner at the law firm of King & Spalding LLP, which represents Defendant Baylor College of Medicine ("BCM") in this action. I submit this declaration in support of BCM's Motion to Dismiss Relator's Amended Complaint. The following Exhibits include news media articles, Federal Government Reports, and other documents referenced in BCM's Motion to Dismiss.

2. Included as Exhibit 3 to the Appendix is a true and correct copy of a July 11, 2018 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal

Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 6N] to BCM, *available at* https://www.washingtonpost.com/context/letter-from-office-of-lab-animal-welfare-to-baylor-college/2686d70c-52d5-46b5-91d8-a2c54f119539/?itid=lk_inline_manual_59 (last accessed July 10, 2023).

3. Included as Exhibit 4 to the Appendix is a true and correct copy of an August 22, 2019 article by Karin Brulliard and William Wan entitled "Caged raccoons drooled in 100-degree heat. But Federal enforcement had faded," *available at* https://www.washingtonpost.com/science/caged-raccoons-drooled-in-100-degree-heat-but-federal-enforcement-has-faded/2019/08/21/9abf80ec-8793-11e9-a491-5df61c78dc4_story.html (last accessed July 10, 2023).

4. Included as Exhibit 5 to the Appendix is a true and correct copy of a September 16, 2019 PETA Press Release: Animal Suffering, Death at Baylor College of Medicine Prompt Urgent Plea, *available at* https://www.peta.org/media/news-releases/animal-suffering-death-at-baylor-college-of-medicine-prompt-urgent-plea/ (last accessed July 10, 2023). Highlighting has been applied to relevant portions of Exhibit 5 for ease of reference.

5. Included as Exhibit 6 to the Appendix is a true and correct copy of a September 16, 2019 PETA Press Release: BCM Veterinarian Has One Job-to Protect Animals-and Has Apparently Failed Miserably, *available at* https://www.peta.org/blog/baylor-college-medicine-veterinarian/ (last accessed July 10, 2023). Highlighting has been applied to relevant portions of Exhibit 6 for ease of reference.

6. Included as Exhibit 7 to the Appendix is a true and correct copy of a September 16, 2019 PETA Letter to Paul Klotman, President of Baylor College of Medicine, *available at* https://www.peta.org/wp-content/uploads/2023/01/2019-09-16-Ltr-to-BCM-President.pdf (last accessed July 10, 2023).

7. Included as Exhibit 8 to the Appendix is a true and correct copy of an August 12, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7U] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6963 (last accessed July 10, 2023).

8. Included as Exhibit 9 to the Appendix is a true and correct copy of an October 16, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8C] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6971 (last accessed July 10, 2023).

9. Included as Exhibit 10 to the Appendix is a true and correct copy of an October 16, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8B] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6970 (last accessed July 10, 2023).

10. Included as Exhibit 11 to the Appendix is a true and correct copy of a November 7, 2019, Letter from Nicolette Petevary, then Animal Welfare Policy Specialist, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8M] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6981 (last accessed July 10, 2023).

11. Included as Exhibit 12 to the Appendix is a true and correct copy of a March 29, 2022 Letter from Regina Lazarus, Legal Fellow, to The Honorable Kim Ogg, Harris County District Attorney, requesting investigation and enforcement action against BCM, *available at* https://www.peta.org/wp-content/uploads/2022/03/From-PETA-Regarding-Baylor-College-of-Medicine.pdf (last accessed July 10, 2023).

12. Included as Exhibit 13 to the Appendix is a true and correct copy of a November 7, 2019 Letter from Nicolette Petervary, then Animal Welfare Policy Specialist, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8L] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6980 (last accessed July 10, 2023).

13. Included as Exhibit 14 to the Appendix is a true and correct copy of a November 7, 2019 Letter from Nicolette Petervary, then Animal Welfare Policy Specialist, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8K] to BCM, *available at*

https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6979 (last accessed July 10, 2023).

14. Included as Exhibit 15 to the Appendix is a true and correct copy of a November 7, 2019 Letter from Nicolette Petevary, then Animal Welfare Policy Specialist, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8J] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6978 (last accessed July 10, 2023).

15. Included as Exhibit 16 to the Appendix is a true and correct copy of a November 6, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8I to BCM], *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6977 (last accessed on July 10, 2023).

16. Included as Exhibit 17 to the Appendix is a true and correct copy of an October 16, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8G] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6975 (last accessed July 10, 2023).

17. Included as Exhibit 18 to the Appendix is a true and correct copy of an October 16, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory

Animal Welfare, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8F] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6974 (last accessed July 10, 2023).

18. Included as Exhibit 19 to the Appendix is a true and correct copy of an October 16, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8E] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6973 (last accessed July 10, 2023).

19. Included as Exhibit 20 to the Appendix is a true and correct copy of an October 16, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Mary Dickinson, then Vice President and Dean of Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8D] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6972 (last accessed July 10, 2023).

20. Included as Exhibit 21 to the Appendix is a true and correct copy of an August 26, 2019 Letter from Brent C. Morse, then Director for Division of Compliance Oversight of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 8A] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6969 (last accessed July 10, 2023).

21. Included as Exhibit 22 to the Appendix is a true and correct copy of an August 26, 2019 Letter from Brent C. Morse, then Director for Division of Compliance Oversight of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7Z] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6968 (last accessed July 10, 2023).

22. Included as Exhibit 23 to the Appendix is a true and correct copy of an August 26, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7Y] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6967 (last accessed July 10, 2023).

23. Included as Exhibit 24 to the Appendix is a true and correct copy of an August 26, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7X] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6966 (last accessed July 10, 2023).

24. Included as Exhibit 25 to the Appendix is a true and correct copy of an August 12, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7W] to BCM,

*available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6965 (last accessed July 10, 2023).

25. Included as Exhibit 26 to the Appendix is a true and correct copy of an August 12, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7V] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6964 (last accessed July 10, 2023).

26. Included as Exhibit 27 to the Appendix is a true and correct copy of an August 7, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7T] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6961 (last accessed July 10, 2023).

27. Included as Exhibit 28 to the Appendix is a true and correct copy of a June 13, 2019 Letter from Axel Wolff, then Brent C. Morse, then Director for Division of Compliance Oversight of Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7S] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6959 (last accessed July 10, 2023).

28. Included as Exhibit 29 to the Appendix is a true and correct copy of a May 9, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7R] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6958 (last accessed July 10, 2023).

29. Included as Exhibit 30 to the Appendix is a true and correct copy of a May 2, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7Q] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6957 (last accessed July 10, 2023).

30. Included as Exhibit 31 to the Appendix is a true and correct copy of a May 2, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7P] to BCM, *available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6956 (last accessed July 10, 2023).

31. Included as Exhibit 32 to the Appendix is a true and correct copy of a May 2, 2019 Letter from Axel Wolff, then Deputy Director of the Office of Laboratory Animal Welfare, to Dr. Adam Kuspa, then Senior Vice President for Research of BCM, transmitting Animal Welfare Assurance A3823-01 [OLAW Case No. 7O] to BCM,

*available at* https://arlo.riseforanimals.org/entity/baylor-college-of-medicine-1964/records/6955 (last accessed July 10, 2023).

32. Included as Exhibit 33 to the Appendix is a true and correct copy of a September 25, 2017 USDA Routine Inspection Report [74-R-0018] – Baylor College of Medicine, Site 001 prepared by Mary Moore, DVM, *available at* https://aphis--c.na107.content.force.com/sfc/dist/version/download/?oid=00Dt0000000GyZH&ids=068t000000EgWO7&d=%2Fa%2F3d000000pYwk%2FwH58Pxg9Kqs7KuKJKBuyJDF4czYAW3Ou9rq5kQsMvk4&asPdf=false (last accessed July 10, 2023).

33. Included as Exhibit 34 to the Appendix is a true and correct copy of a September 12, 2016 USDA Routine Inspection Report [74-R-0018] – Baylor College of Medicine, Site 001 prepared by Mary Moore, *available at* https://aphis--c.na107.content.force.com/sfc/dist/version/download/?oid=00Dt0000000GyZH&ids=068t000000EgW84&d=%2Fa%2F3d000000pYyB%2FJEmD9XkoFYyAoy9NbwbJqcGP5sODSRZHcglqu6ylSGw&asPdf=false (last accessed July 10, 2023).

34. Included as Exhibit 35 to the Appendix is a true and correct copy of a March 29, 2022 PETA Press Release: PETA Files Cruelty Complaint Against Baylor College of Medicine, *available at* https://www.peta.org/media/news-releases/peta-files-cruelty-complaint-against-baylor-college-of-medicine/ (last accessed July 10, 2023).

35. Included as Exhibit 36 to the Appendix is a true and correct copy of a July 1, 2021 Office of the Attorney General Memorandum regarding Issuance and Use of Guidance Documents by the Department of Justice, *available at* https://www.justice.gov/opa/page/file/1408606/download (last accessed July 10, 2023).

36. Included as Exhibit 37 to the Appendix is a true and correct copy of a March 25, 2019 Office of Public Affairs Press Release: Duke University Agrees to Pay U.S. $112.5 Million to Settle False Claims Act Allegations Related to Scientific Research Misconduct, *available at* https://www.justice.gov/opa/pr/duke-university-agrees-pay-us-1125-million-settle-false-claims-act-allegations-related (last accessed July 10, 2023).

37. Included as Exhibit 38 to the Appendix is a true and correct copy of a January 30, 2023 U.S. Attorney's Office, Southern District of New York Press Release: U.S. Attorney Announces Settlement of Civil Fraud Lawsuit Against Former Hunter College Professor and Hunter College Fraudulently Using Federal Research Funds, *available at* https://www.justice.gov/usao-sdny/pr/us-attorney-announces-settlement-civil-fraud-lawsuit-against-former-hunter-college (last accessed July 10, 2023).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2023 in Houston, Texas.

By Sara Brinkmann