# EXHIBIT 3

DEPARTMENT OF HEALTH & HUMAN SERVICES

PUBLIC HEALTH SERVICE
NATIONAL INSTITUTES OF HEALTH

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
Rockledge One, Suite 360
6705 Rockledge Drive B MSC 7982
Bethesda, Maryland 20892-7982
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
Rockledge One, Suite 360
6705 Rockledge Drive
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

July 11, 2018

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 6N]

Dr. Adam Kuspa
Senior Vice President for Research
Baylor College of Medicine
One Baylor Plaza, BCM310
Houston, TX 77030

Dear Dr. Kuspa,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your June 25, 2018 letter reporting an instance of noncompliance with the PHS Policy on Humane Care and Use of Laboratory Animals at Baylor College of Medicine. According to the information provided, OLAW understands that for three piglets on a surgical study, the sterile field was not maintained, the same suture strand was used for the entire procedure, and body temperature was not recorded throughout the procedure. No problems were reported with the animals.

The corrective actions consisted of having a member of the veterinary staff oversee all future surgeries, retraining the Principal Investigator and laboratory staff, implementing use of a rectal temperature probe, and creating a procedure and form to document animal health records and to share information with the veterinarians.

Based on its assessment of this explanation, OLAW understands that measures have been implemented to correct and prevent recurrence of these problems. While OLAW concurs with the actions taken by the institution to comply with the PHS Policy, we cannot accept the piecemeal approach that has been applied to this ongoing serious programmatic noncompliance with the PHS Policy (see also cases A3823-6L and 6O). As noted in your second June 25, 2018 letter, BCM is responding to the concern and notes that the Institutional Animal Care and Use Committee (IACUC) has revised the surgical training requirements for research personnel. The IACUC will now require enhanced surgical training and demonstration of proficiency for all research personnel before conducting rodent surgery. Competent Training Ambassadors will now train laboratory staff in advance of performing surgery. A working group will monitor the progress of this initiative and report to the IACUC. We support this enhanced training and feel it is necessary for this Office to monitor the progress as the effort is being carried out. OLAW hereby places BCM on an enhanced reporting schedule to evaluate the steps being taken to prevent additional noncompliant incidents involving surgery. Under the schedule, please provide an update on the first day of every month outlining how the institution is implementing this pre-emptive approach to train and assess competency of all individuals planning to conduct surgery in any protocol, involving any species, throughout the program. Also, provide information on how post-approval monitoring will be conducted to ensure that surgeries will continue to be conducted in a compliant fashion. Please provide the first progress report on **August 1, 2018** and include information on the number of people trained and the results of PAM evaluations. Feel free to contact me should you have any questions.

Sincerely,

[redacted] (b) (6)

Axel Wolff, M.S., D.V.M.
Deputy Director
Office of Laboratory Animal Welfare

cc: IACUC Chair
Robert Gibbens, D.V.M., USDA-APHIS-AC