# EXHIBIT 7

AN INTERNATIONAL ORGANIZATION DEDICATED TO PROTECTING THE RIGHTS OF ALL ANIMALS

PETA

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS

Washington, D.C.
1536 16th St. N.W.
Washington, DC 20036
202-483-PETA

Los Angeles
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323-644-PETA

Norfolk
501 Front St.
Norfolk, VA 23510
757-622-PETA

Berkeley
2855 Telegraph Ave.
Ste. 301
Berkeley, CA 94705
510-763-PETA

Info@peta.org
PETA.org

September 16, 2019

Paul Klotman, M.D.
President, CEO, and Executive Dean
Baylor College of Medicine
One Baylor Plaza, Ste 279A
Houston, TX 77030

Via e-mail: president@bcm.edu

Dear Dr. Klotman,

I am writing on behalf of People for the Ethical Treatment of Animals (PETA) and our more than 6.5 million members and supporters, to urge you to remove Rebecca Schwiebert from her position as the attending veterinarian at Baylor College of Medicine (BCM) and to replace the membership of BCM's Institutional Animal Care and Use Committee (IACUC) with individuals who take seriously the committee's mandate to ensure minimal protections for animals used in the school's laboratories. Federal documents obtained by PETA through a Freedom of Information Act request reveal chronic violations of minimal animal welfare provisions. Appalling negligence, glaring incompetence, and an apparent culture of contempt for animal welfare have contributed to suffering and death for animals in BCM's laboratories—and this has occurred under Schwiebert's watch and with the complacency of the members of BCM's IACUC.

Reports submitted by BCM to the National Institutes of Health's Office of Laboratory Animal Welfare in the 13-month period from January 1, 2018 to January 31, 2019, document 41 incidents in which BCM violated animal welfare provisions mandated by the Department of Health and Human Services. Mice who had been subjected to invasive experimental surgeries were not given analgesia in accordance with the protocol, or were given expired analgesia. In one case, mice were subjected to craniotomies (incisions into the skull), but were not given two analgesics that were specified in the protocol following the surgery. In another case, two mice were moribund and had excessive acrylic on their bodies while two other mice were noted to be hunched and moving slowly following surgery; a review of the animals' records determined that if analgesia had been given to these animals, it was not documented. Experimenters failed to use aseptic techniques while performing surgery on mice and piglets. Two rabbits died due to anesthetic complications caused by improper setup of the anesthetic machine. Three mice used in a tumor study were not monitored for humane endpoints, which would

Affiliates:
- PETA Asia
- PETA India
- PETA France
- PETA Australia
- PETA Germany
- PETA Netherlands
- PETA Foundation (U.K.)

have required that they be euthanized before enduring extreme suffering —suggesting that the tumors had become larger than what had been approved; one of the mice lost significant weight and died. In another incident, an anesthetized mouse who was undergoing experimental surgery started to regain consciousness because the nose cone delivering inhalant anesthesia had not been fitted properly. Neonatal and adult mice were subjected to toe amputations that were either unapproved or carried out without anesthesia. Experimenters deviated from protocols, leaving animals vulnerable to additional pain and distress beyond that which the animals would have experienced had the experimenters followed the approved protocol.

The appalling disregard for the well-being of animals evident in the federal reports runs counter to the oath taken by Schwiebert to protect animals' health and prevent and relieve animal suffering, and against BMC's IACUC legally mandated responsibilities. Moreover, BCM's seriously delinquent behavior undermines public faith in the institution. I urge you to remove Schwiebert from the position of attending veterinarian, and to replace all the members of BCM's IACUC.

Thank you for your consideration to this letter.

Best regards,

Magnolia Martínez, Ph.D.
Special Projects Manager, Laboratory Investigations Department
People for the Ethical Treatment of Animals
1536 16th St. N.W.
Washington, DC 20036