# EXHIBIT 8

DEPARTMENT OF HEALTH & HUMAN SERVICES

PUBLIC HEALTH SERVICE
NATIONAL INSTITUTES OF HEALTH

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500, MSC 6910
Bethesda, Maryland 20892-6910
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

August 12, 2019

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 7U]

Dr. Adam Kuspa
Senior Vice President for Research
Baylor College of Medicine
One Baylor Plaza, BCM310
Houston, TX 77030

Dear Dr. Kuspa,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your August 1, 2019 letter reporting an instance of noncompliance with the PHS Policy on Humane Care and Use of Laboratory Animals at Baylor College of Medicine. According to the information provided, OLAW understands that eight mice received foot pad injections although this activity was not described in the approved protocol. Two of the mice sustained swollen feet.

The corrective actions consisted of treating the mice, counseling the laboratory staff on the content of the protocol, having the laboratory staff take retraining, and subjecting the laboratory to a post-approval monitoring visit.

Based on its assessment of this explanation, OLAW understands that measures have been implemented to correct and prevent recurrence of this problem. OLAW concurs with the actions taken by the institution to comply with the PHS Policy.

Sincerely,

(b) (6)

Axel Wolff, M.S., D.V.M.
Deputy Director
Office of Laboratory Animal Welfare

cc: IACUC Chair

Obtained by Rise for Animals. Uploaded 07/08/2020

A3823-7U

Baylor College of Medicine

**OFFICE OF RESEARCH**

One Baylor Plaza, BCM310
Houston, Texas 77030-3411

(713) 798 – 6983
(713) 798 – 2721 FAX
akuspa@bcm.edu

CONFIDENTIAL

August 1, 2019

Brent Morse, DVM
Acting Director, Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health
olawdco@mail.nih.gov

RE: Assurance #D16-00475

Dear Dr. Morse,

As Institutional Official for Baylor College of Medicine (BCM), I have the duty to inform you of our Institutional Animal Care and Use Committee's (IACUC) recent finding in animal research after an assessment of the following protocol:

**Protocol:** AN-6973: Targeting the Tri-Molecular Complex with Insulin
**Species:** Mice
**Funding Source:** Non-PHS funding

The IACUC determined that the following finding constituted *serious noncompliance*[i] with the federal regulations:

**Experimental Process**[ii, iii]

Research personnel conducted procedures that were not described in the IACUC approved protocol. Eight mice received foot pad injections of Complete Freund's Adjuvant for breeding purposes. While the approved protocol described subcutaneous injections of this agent, it did not describe foot pad injections. Two mice had swollen feet and were treated and monitored until recovery by veterinary staff.

**Corrective Actions:**

1. The Principal Investigator immediately held a meeting with all research personnel to discuss the identification procedure and review the current IACUC approved protocol.
2. All research personnel are required to complete a workshop on common compliance pitfalls and how to avoid them.
3. All research personnel are required to complete the AALAS Learning Library Course: Recognizing Pain and Distress.
4. A Post Approval Monitoring assessment will be conducted within the next 30 days.

---

[i] PHS Policy IV.F.3.a: "The IACUC, through the Institutional Official, shall promptly provide OLAW with a full explanation of the circumstances and actions taken with respect to: a. any serious or continuing noncompliance with this Policy;"

[ii] PHS Policy IV.B.6: The IACUC shall with respect to PHS-conducted or supported activities "review and approve, require modifications in (to secure approval), or withhold approval of those components of PHS-conducted or supported activities related to the care and use of animals..."

[iii] BCM Animal Care and Use Handbook, p.6: "The Principal Investigator must not initiate any research, testing, or instructional project involving the use of vertebrate animals unless your protocol has IACUC approval and training has been completed."



Obtained by Rise for Animals. Uploaded 07/08/2020

This notification will also be sent to AAALAC International and the non-PHS funding source according to the terms and conditions of the award.

Please do not hesitate to contact me if you have any questions.

Sincerely,

(b) (6) [redacted]

Adam Kuspa, PhD
Senior Vice President and Dean of Research
Institutional Official
Baylor College of Medicine

cc: Principal Investigator
Department Chair
Research Compliance Services files



Obtained by Rise for Animals. Uploaded 07/08/2020

**Ward, Joan (NIH/OD) [E]**

**From:** OLAW Division of Compliance Oversight (NIH/OD)
**Sent:** Monday, August 5, 2019 3:07 PM
**To:** (b) (6) [redacted]
**Subject:** RE: OLAW Report- Assurance D16-00475

Thank you (b) (6) [redacted] for this report. Dr. Morse will respond soon.

Regards,
Joan

**From:** (b) (6) [redacted]
**Sent:** Monday, August 5, 2019 11:36 AM
**To:** OLAW Division of Compliance Oversight (NIH/OD) <olawdco@od.nih.gov>
**Cc:** (b) (6) [redacted]
**Subject:** OLAW Report- Assurance D16-00475

Dear Dr. Morse,

Please find the attached notifications of research non-compliance as determined by our IACUC, and sent on behalf of Dr. Adam Kuspa, Institutional Official.

Please feel free to contact me if you have any questions.

Thank you,

(b) (6) [redacted]

(b) (6) [redacted]



Obtained by Rise for Animals. Uploaded 07/08/2020