# EXHIBIT 9

DEPARTMENT OF HEALTH & HUMAN SERVICES

PUBLIC HEALTH SERVICE
NATIONAL INSTITUTES OF HEALTH

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500, MSC 6910
Bethesda, Maryland 20892-6910
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

October 16, 2019

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 8C]

Dr. Mary Dickinson
Vice President and Dean of Research
Baylor College of Medicine
One Baylor Plaza, BCM335
Houston, TX 77030

Dear Dr. Dickinson,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your October 2, 2019 letter reporting an adverse event involving mice at Baylor College of Medicine. According to the information provided, OLAW understands that an experimental hypoxia chamber holding mice malfunctioned and 14 animals died.

The corrective actions consisted of stopping additional hypoxia experiments until the unit is fixed and determined to be working properly.

Based on its assessment of this explanation, OLAW understands that measures have been implemented to address this situation. OLAW concurs with the actions taken by the institution to comply with the PHS Policy on Humane Care and Use of Laboratory Animals. Note that other institutions that have experienced such an event have alarmed the hypoxia chambers to allow rapid intervention if the unit fails. Thank you for informing OLAW about this matter.

Sincerely,

(b) (6)

Axel Wolff, M.S., D.V.M.
Deputy Director
Office of Laboratory Animal Welfare

cc: IACUC Chair

Obtained by Rise for Animals. Uploaded 07/08/2020

A3823-8C

Baylor College of Medicine

**OFFICE OF RESEARCH**

One Baylor Plaza, BCM310
Houston, Texas 77030-3411

(713) 798 – 6966
(713) 798 – 2721 FAX
mdickins@bcm.edu

**CONFIDENTIAL**

October 2, 2019

Brent Morse, DVM, DACLAM
Director, Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health
olawdco@mail.nih.gov

RE: Assurance #D16-00475

Dear Dr. Morse,

As Institutional Official for Baylor College of Medicine, I am reporting an accident in which a hypoxia chamber that is used in a rodent model of hypoxia-induced pulmonary hypertension malfunctioned, resulting in the death of 14 mice. The chamber and associated equipment have had no previous issues.

All hypoxia experiments have been halted until the regulator can be assessed, the sensors have been replaced and proper function of all of the components has been assured.

The event was immediately reported to the Attending Veterinarian and the IACUC. The IACUC reviewed the details of this event and determined that this was an isolated, unforeseeable event and constituted neither non-compliance nor a serious deviation from *The Guide*.

This incident is being reported to you as well as AAALAC International.

Please do not hesitate to contact me if you have any questions.

Sincerely,

[redacted] (b) (6)

Mary Dickinson, PhD
Vice President and Dean of Research
Institutional Official
Baylor College of Medicine



Obtained by Rise for Animals. Uploaded 07/08/2020

## Wolff, Axel (NIH/OD) [E]

**From:** OLAW Division of Compliance Oversight (NIH/OD)
**Sent:** Friday, October 4, 2019 6:36 AM
**To:** [redacted] (b) (6)
**Cc:** OLAW Division of Compliance Oversight (NIH/OD)
**Subject:** RE: OLAW Notification- D16-00475 Adverse Event

Thank you for this report. We will send a response soon.
Axel Wolff

---

**From:** [redacted] (b) (6)
**Sent:** Thursday, October 3, 2019 2:54 PM
**To:** OLAW Division of Compliance Oversight (NIH/OD) <olawdco@od.nih.gov>
**Cc:** [redacted] (b) (6)
**Subject:** OLAW Notification- D16-00475 Adverse Event

Dear Dr. Morse,

Please find the attached adverse event notification as determined by our IACUC, and sent on behalf of Dr. Mary Dickinson, Institutional Official.

Please feel free to contact me if you have any questions.

Thank you,

(b) (6) [redacted]

[redacted] (b) (6)



Obtained by Rise for Animals. Uploaded 07/08/2020