# EXHIBIT 27

DEPARTMENT OF HEALTH & HUMAN SERVICES

PUBLIC HEALTH SERVICE
NATIONAL INSTITUTES OF HEALTH

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500, MSC 6910
Bethesda, Maryland 20892-6910
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

August 7, 2019

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 7T]

Dr. Adam Kuspa
Senior Vice President for Research
Baylor College of Medicine
One Baylor Plaza, BCM310
Houston, TX 77030

Dear Dr. Kuspa,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your August 1, 2019 letter reporting an instance of noncompliance with the PHS Policy on Humane Care and Use of Laboratory Animals at Baylor College of Medicine. According to the information provided, OLAW understands that fifteen mice failed to receive post-operative analgesics for two of five days. Three mice in this group had small partially dehisced incisions that were healing. No adverse effects were reported with the mice due to missing the doses or with the healing incisions.

The corrective actions consisted of the Institutional Animal Care and Use Committee (IACUC) requiring an oversight plan for surgery from the Principal Investigator (PI). The plan is to require sign-off by another laboratory member that all procedures were conducted in accordance with the protocol, the plan will be reviewed by the IACUC, if accepted the IACUC chair will discuss corrective actions with the PI and staff, the PI will hold laboratory meetings to discuss procedures and compliance, and the PI will review surgical records and maintain documentation and notify the IACUC of any deviations. The laboratory will be placed under enhanced IACUC oversight and if compliance is not maintained, escalating sanctions will be applied. The investigator who performed the surgery was retrained in incision closure, the laboratory staff was retrained on analgesia administration and record keeping, and all laboratory staff was retrained on rodent procedures.

Based on its assessment of this explanation, OLAW understands that measures have been implemented to correct and prevent recurrence of this problem. OLAW concurs with the actions taken by the IACUC to comply with the PHS Policy and commends the potential use of punitive actions for further infractions especially during a time of enhanced institutional awareness and intense training in appropriate conduct of surgery. Thank you for informing OLAW about this matter.

Sincerely,

(b) (6) [redacted]

Axel Wolff, M.S., D.V.M.
Deputy Director
Office of Laboratory Animal Welfare

cc: IACUC Chair

Obtained by Rise for Animals. Uploaded 07/08/2020

A3823-7T

Baylor College of Medicine

**OFFICE OF RESEARCH**

One Baylor Plaza, BCM310
Houston, Texas 77030-3411

(713) 798 – 6983
(713) 798 – 2721 FAX
akuspa@bcm.edu

CONFIDENTIAL

August 1, 2019

Brent Morse, DVM
Acting Director, Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health
olawdco@mail.nih.gov

RE: Assurance #D16-00475

Dear Dr. Morse,

As Institutional Official for Baylor College of Medicine (BCM), I have the duty to inform you of our Institutional Animal Care and Use Committee's (IACUC) recent finding in animal research after an assessment of the following protocol:

**Protocol:** AN-7068: Developmental and Regenerative Analysis of Glial Regulators in the CNS
**Species:** Mice & Rats
**Funding Sources:** National Institute of Neurological Disorders and Stroke (NINDS) 1R01NS110859-01 and Non-PHS Funding

For this investigator's first incident of this nature, the IACUC determined that the following findings constitutes *serious noncompliance*[i] with the federal regulations:

**Post-Operative Drugs** [ii]

During a veterinary review of surgical cards, it was discovered that post-operative analgesics were not provided to 15 mice for two days out of the five day recovery period as described in the IACUC approved protocol. The mice received the last three days of analgesics as described in the IACUC approved protocol. There were no health concerns observed with the mice during and after the recovery period.

---

[i] PHS Policy IV.F.3.a: "The IACUC, through the Institutional Official, shall promptly provide OLAW with a full explanation of the circumstances and actions taken with respect to: a. any serious or continuing noncompliance with this Policy"

[ii] PHS Policy IV.C.1.b: "Procedures that may cause more than momentary or slight pain or distress to the animals will be perform with appropriate sedation, analgesia, or anesthesia, unless the procedure is justification for scientific reasons in writing by the investigator."

[iii] The *Guide* for the Care and Use of Laboratory Animals p.119, "An important component of postsurgical care is observation of the animal and intervention as necessary during recovery from anesthesia and surgery (Haskin and Eisele 1997). The intensity of monitoring will vary with the species and the procedure and may be greater during the intermediate anesthetic recovery period...Particular attention should be given to the thermoregulation, cardiovascular and respiratory function, electrolyte and fluid balance, and management of postoperative pain or discomfort...Appropriate medical records should also be maintained..."



Obtained by Rise for Animals. Uploaded 07/08/2020

**Post-Operative Care** [iii]

Within this same group of mice, it was discovered that 3 mice had small, partially dehisced incisions that were healing before the reassessment. A Clinical Veterinarian recommended continued monitoring of the 3 mice until the incisions completely healed. These mice recovered without incident.

**Corrective Actions:**

1. The IACUC requires a comprehensive plan from the PI to ensure appropriate oversight of compliance by all personnel involved in surgery.
    - The oversight plan must include a process of accounting of all surgeries conducted, substances delivered to an animal during the perioperative periods, including anesthetic and analgesic drugs (pre- & post-surgery), and a verification process that such activities were performed by the surgeon, e.g. review and sign-off by a lab manager or another lab surgeon (i.e. a "buddy system").
    - The plan will be reviewed at the next convened IACUC meeting for approval. If the plan is not approved, all surgeries will be suspended until a satisfactory plan is approved by the IACUC.
    - Once the plan is approved, the IACUC Chair will convene a mandatory meeting with the PI and laboratory personnel to review and discuss the determination, the required corrective actions, and the plans for ensuring compliance.
    - The Principal Investigator (PI) will review records, procedures, and compliance (e.g. any checklists, discussion at lab meetings, and description of material reviewed).
    - The PI will document in writing their review of the surgical records and notify the IACUC of any deviations from approved procedures.
2. There will be increased oversight of the surgeries performed under supervision of the PI by the IACUC for six months after approval of the plan.
    - There will be two Post-Approval Monitoring (PAM) reviews focused on surgery within 6 months of the IACUC determination.
    - A monthly review of all surgery, anesthesia, and analgesia records and adherence to the plan will be conducted.
3. If compliance with the IACUC approved plan or the increased oversight is not maintained, there will be escalating punitive corrective actions including, but not limited to suspension of all surgical privileges.
4. The researcher responsible completed a re-training on appropriate wound closure with a Clinical Veterinarian.
5. The Training Ambassador for the laboratory reviewed the proper use of the post-operative surgery cards and the importance of administering all doses of analgesics as described in the IACUC approved protocol. During the training session, the entire surgery section of the protocol was also reviewed.
6. All research personnel are required to complete the "Animal Work at BCM: Mice & Rat" training.

These findings of non-compliance does not appear to pose any potential or actual effect on cost related to this PHS supported research.

This notification will also be sent to AAALAC International, National Institute of Neurological Disorders and Stroke (NINDS) and non-PHS funding source according to the terms and conditions of the award.

Please do not hesitate to contact me if you have any questions.



Obtained by Rise for Animals. Uploaded 07/08/2020

Sincerely,

(b) (6) [redacted]

Adam Kuspa, PhD
Senior Vice President and Dean of Research
Institutional Official
Baylor College of Medicine

cc: Principal Investigator
Department Chair
Research Compliance Services files



Obtained by Rise for Animals. Uploaded 07/08/2020

**Ward, Joan (NIH/OD) [E]**

---

**From:** OLAW Division of Compliance Oversight (NIH/OD)
**Sent:** Monday, August 5, 2019 3:07 PM
**To:** (b) (6) [redacted]
**Subject:** RE: OLAW Report- Assurance D16-00475

Thank you (b) (6) [redacted] for this report. Dr. Morse will respond soon.

Regards,
Joan

**From:** (b) (6) [redacted]
**Sent:** Monday, August 5, 2019 11:36 AM
**To:** OLAW Division of Compliance Oversight (NIH/OD) <olawdco@od.nih.gov>
**Cc:** (b) (6) [redacted]
**Subject:** OLAW Report- Assurance D16-00475

Dear Dr. Morse,

Please find the attached notifications of research non-compliance as determined by our IACUC, and sent on behalf of Dr. Adam Kuspa, Institutional Official.

Please feel free to contact me if you have any questions.

Thank you,

(b) (6) [redacted]

(b) (6) [redacted]



Obtained by Rise for Animals. Uploaded 07/08/2020