**EXHIBIT 28**

DEPARTMENT OF HEALTH & HUMAN SERVICES

PUBLIC HEALTH SERVICE
NATIONAL INSTITUTES OF HEALTH

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500, MSC 6910
Bethesda, Maryland 20892-6910
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

June 13, 2019

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 7S]

Dr. Adam Kuspa
Senior Vice President for Research
Baylor College of Medicine
One Baylor Plaza, BCM310
Houston, TX 77030

Dear Dr. Kuspa,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your May 31, 2019 letter reporting an instance of noncompliance with the PHS Policy on Humane Care and Use of Laboratory Animals at Baylor College of Medicine (BCM). According to the information provided OLAW understands that while working within a vivarium biohazard procedure room, a researcher failed to use all of the proper personal protective equipment required. Animal procedures were being performed within the biological safety cabinet and no biohazard substances were in use. The researcher indicated that the drug salmeterol xinofoate was being administered to mice. This drug was not described in the protocol. None of the mice exhibited adverse reactions or experienced complications. It is understood that the related protocol was PHS funded.

Corrective actions included the PI submitting a protocol amendment to include the drug. Animal care personnel reminded the researcher about the personal protective equipment requirements. The research personnel were required to complete retraining on biohazards and training on "Animal Work at BCM" and an IACUC training workshop on avoiding noncompliance.

The consideration of this matter by Baylor College of Medicine was consistent with the philosophy of institutional self-regulation. OLAW concurs that the incident warranted reporting. Based on the information provided, OLAW is satisfied that appropriate actions have been taken to investigate this incident and prevent recurrence. We appreciate being informed of this matter and find no cause for further action by this office.

Sincerely,

(b) (6) [redacted]

Brent C. Morse, DVM
Director
Division of Compliance Oversight
Office of Laboratory Animal Welfare

cc: IACUC Contact

Obtained by Rise for Animals. Uploaded 07/08/2020

A3823-75

Baylor College of Medicine

OFFICE OF RESEARCH

One Baylor Plaza, BCM310
Houston, Texas 77030-3411

(713) 798 – 6983
(713) 798 – 2721 FAX
akuspa@bcm.edu

CONFIDENTIAL

May 31, 2019

Brent Morse, DVM
Acting Director, Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health
olawdco@mail.nih.gov

RE: Assurance #D16-00475

Dear Dr. Morse,

As Institutional Official for Baylor College of Medicine (BCM), I have the duty to inform you of our Institutional Animal Care and Use Committee's (IACUC) recent finding in animal research after an assessment of the following protocol:

**Protocol:** AN-1819: The Immune Response in a Murine Model of Asthma
**Species:** Mice
**Funding Sources:** National Institutes of Allergy and Infectious Disease (NIAID) 5T32-AI1053831; National Institutes of Health (NIH) 1R01-AL135803

The IACUC determined that the following findings constituted *serious noncompliance*[i] with the federal regulations:

**Biohazard Procedures**[ii, iii,]

While working within a vivarium biohazard procedure room, a researcher failed to use all of the proper personal protective equipment required for entry and work within this area. All five mice were being manipulated within the biological safety cabinet and no biohazard substances were in use, as they were control animals.

**Use of Drug**[iv]

During the assessment interview, the researcher indicated that the drug salmeterol xinofoate was being administered intranasally to five mice. This drug was not currently described in the IACUC approved protocol. None of the five mice had any adverse reactions or experienced any complications.

---

[i] PHS Policy IV.F.3.a: "The IACUC, through the Institutional Official, shall promptly provide OLAW with a full explanation of the circumstances and actions taken with respect to: a. any serious or continuing noncompliance with this Policy;"

[ii] PHS Policy IV.C.1.a: "Procedures with animals will avoid or minimize discomfort, distress, and pain to the animals, consistent with sound research design."

[ii] The Guide: "The goal of containment is to "reduce or eliminate exposure of laboratory workers, others person and the outside environment to potential hazardous agent" (DDHHS 2010). This is accomplished by employing appropriate practices and equipment..."

[iii] PHS Policy IV.B.6: The IACUC shall with respect to PHS-conducted or supported activities "review and approve, require modifications in (to secure approval), or withhold approval of those components of PHS-conducted or supported activities related to the care and use of animals..."

[iv] PHS Policy IV.B.7: "As an agent of the institution, the IACUC shall with respect to PHS-conducted or supported activities review and approve, require modifications in (to secure approval), or withhold approval of proposed significant changes regarding the use of animals in ongoing activities."



Obtained by Rise for Animals. Uploaded 07/08/2020

**Corrective Actions:**

1. Animal care personnel immediately reminded the researcher about the personal protective equipment requirement.
2. All research personnel are required to complete biohazard re-training with veterinary staff.
3. All research personnel are required to complete the "Animal Work at BCM" online course, which emphasizes procedures and institutional requirements.
4. All research personnel are required to complete an IACUC training workshop on common non-compliance problems and how to avoid them, which will emphasize approved protocol procedures and avoiding non-compliance.
5. An amendment to add the drug to the approved protocol was submitted and approved by the IACUC.

These findings of non-compliance do not appear to pose any potential or actual effect on costs related to this PHS-supported research.

This notification will also be sent to AAALAC International, the National Institutes of Allergy and Infectious Disease, and the National Institutes of Health.

Please do not hesitate to contact me if you have any questions.

Sincerely,

(b) (6) [redacted]

Adam Kuspa, PhD
Senior Vice President and Dean of Research
Institutional Official
Baylor College of Medicine

cc: Principal Investigator
Department Chair
Research Compliance Services files



Obtained by Rise for Animals. Uploaded 07/08/2020

## Morse, Brent (NIH/OD) [E]

**From:** OLAW Division of Compliance Oversight (NIH/OD)
**Sent:** Monday, June 03, 2019 12:22 PM
**To:** (b) (6) [redacted] OLAW Division of Compliance Oversight (NIH/OD)
**Cc:** (b) (6) [redacted]
**Subject:** RE: OLAW Report – Assurance D16-00475

Thank you for sending this final report (b) (6) [redacted] We will send an official response soon.

Best regards, Brent Morse

Brent C. Morse, DVM, DACLAM
Director
Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health

Please note that this message and any of its attachments are intended for the named recipient(s) only and may contain confidential, protected or privileged information that should not be distributed to unauthorized individuals. If you have received this message in error, please contact the sender.

**From:** (b) (6) [redacted]
**Sent:** Monday, June 03, 2019 12:11 PM
**To:** OLAW Division of Compliance Oversight (NIH/OD) <olawdco@od.nih.gov>
**Cc:** (b) (6) [redacted]
**Subject:** OLAW Report – Assurance D16-00475

Dear Dr. Morse,

Please find attached a notification of research non-compliance as determined by our IACUC, and sent on behalf of Dr. Adam Kuspa, Institutional Official. Please feel free to contact me if you have any questions.

Thank you,

(b) (6) [redacted]

(b) (6) [redacted]



Obtained by Rise for Animals. Uploaded 07/08/2020