**EXHIBIT 29**

DEPARTMENT OF HEALTH & HUMAN SERVICES

PUBLIC HEALTH SERVICE
NATIONAL INSTITUTES OF HEALTH

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500, MSC 6910
Bethesda, Maryland 20892-6910
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

May 9, 2019

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 7R]

Dr. Adam Kuspa
Senior Vice President for Research
Baylor College of Medicine
One Baylor Plaza, BCM310
Houston, TX 77030

Dear Dr. Kuspa,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your April 30, 2019 letter reporting an adverse event involving a research pig at Baylor College of Medicine. According to the information provided, OLAW understands that a piglet underwent an approved experimental surgery and recovered normally. However, the following day, a portion of the small intestine herniated between the sutures on the abdomen. Both muscle and skin closures were still intact and none of the other fifteen piglets used for the surgical procedure experienced complications.

The immediate action taken upon discovery consisted of the veterinary staff anesthetizing the piglet and determining that the small intestine was infarcted and devitalized. The animal was euthanized while under anesthesia. The suture spacing allowed the intestine to herniate and therefore future closures will have the sutures placed closer together in both the muscle and skin layers.

Based on its assessment of this explanation, OLAW understands that measures have been implemented to correct and prevent recurrence of this problem. OLAW concurs with the actions taken by the institution to comply with the PHS Policy on Humane Care and Use of Laboratory Animals.

Sincerely,

(b) (6) [redacted]

Axel Wolff, M.S., D.V.M.
Deputy Director
Office of Laboratory Animal Welfare

cc: IACUC Chair
Robert Gibbens, D.V.M., USDA-APHIS-AC

Obtained by Rise for Animals. Uploaded 07/08/2020

13823-7R

Baylor College of Medicine

**OFFICE OF RESEARCH**

One Baylor Plaza, BCM310
Houston, Texas 77030-3411

(713) 798 – 6983
(713) 798 – 2721 FAX
akuspa@bcm.edu

CONFIDENTIAL

April 30, 2019

Brent Morse, DVM
Acting Director, Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health
olawdco@mail.nih.gov

RE: Assurance #D16-00475

**Protocol:** AN-1217: Enteral and Parenteral Gut Nutrient Metabolism In Neonatal Pigs
**Species:** Swine
**Funding Sources:** Non-PHS Funding

Dear Dr. Morse,

As the Institutional Official for Baylor College of Medicine, I am reporting an incident that resulted in the death of one research piglet. The piglet was part of a litter of sixteen that underwent bile duct ligation surgery for study purposes and recovered normally the day of surgery. The next day, the animal was found to have herniation of approximately 20 cm of small intestine through the abdominal incision and was immediately sedated for evaluation by veterinary staff. The herniated intestinal segment was found to be infarcted and devitalized, and the animal was euthanized under anesthesia. Post-mortem examination revealed that the abdominal and skin closures were intact, but the suture spacing allowed the intestine to herniate. To prevent future recurrences, the research team was directed to place sutures closer together when the abdominal wall and skin layers were closed. No other animals undergoing the bile duct ligation surgery within this group experienced this complication.

This incident is also being reported to AAALAC International.

Please do not hesitate to contact me if you have any questions.

Sincerely,
(b) (6)

Adam Kuspa, PhD
Senior Vice President and Dean of Research
Institutional Official
Baylor College of Medicine

CC: Principal Investigator
Department Chair
IACUC Files



Obtained by Rise for Animals. Uploaded 07/08/2020

## Wolff, Axel (NIH/OD) [E]

**From:** OLAW Division of Compliance Oversight (NIH/OD)
**Sent:** Friday, May 3, 2019 6:33 AM
**To:** (b) (6) [redacted]
**Cc:** OLAW Division of Compliance Oversight (NIH/OD)
**Subject:** RE: OLAW Report - Assurance D16-0475

Thank you for this report, (b) (6) [redacted] We will respond soon.

Axel Wolff, M.S., D.V.M.
Deputy Director, OLAW

---

**From:** (b) (6) [redacted]
**Sent:** Thursday, May 2, 2019 12:08 PM
**To:** OLAW Division of Compliance Oversight (NIH/OD) <olawdco@od.nih.gov>
**Cc:** (b) (6) [redacted]
**Subject:** OLAW Report - Assurance D16-0475

Dear Dr. Morse,
Please find attached notification of an adverse event as determined by our IACUC, and sent on behalf of Dr. Adam Kuspa, Institutional Official. Please feel free to contact me if you have any questions.

Thank you,
(b) (6) [redacted]

(b) (6) [redacted]



Obtained by Rise for Animals. Uploaded 07/08/2020