**EXHIBIT 30**

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500, MSC 6910
Bethesda, Maryland 20892-6910
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

May 2, 2019

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 7Q]

Dr. Adam Kuspa
Senior Vice President for Research
Baylor College of Medicine
One Baylor Plaza, BCM310
Houston, TX 77030

Dear Dr. Kuspa,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your April 24, 2019 letter reporting an instance of noncompliance with the PHS Policy on Humane Care and Use of Laboratory Animals at Baylor College of Medicine. According to the information provided, OLAW understands that an analgesic was given postoperatively rather than preoperatively as described in the approved protocol. Also, the sterile surgical field was not maintained.

The corrective actions consisted of retraining the laboratory staff responsible and assessing for proficiency, counseling the staff on the protocol procedures, retraining the investigators and assessing for proficiency, and placing the laboratory on enhanced post-approval monitoring.

Based on its assessment of this explanation, OLAW understands that measures have been implemented to address the problem. While OLAW concurs with the actions taken by the institution to comply with the PHS Policy we will no longer accept retraining as the primary corrective action. As noted in case A3823-7O and 7P, under the current institutional heightened emphasis on appropriate perioperative care, there should be no further failures such as this. We expect to see escalating sanctions taken with staff members who fail to follow institutional procedures, the *Guide for the Care and Use of Laboratory Animals*, and the PHS Policy. Other institutions facing similar situations have implemented corrective actions such as placing warnings in personnel files of staff violating policies, restricting or revoking animal use privileges, and ultimately terminating employment. Based on our assessment of the next several noncompliance reports, I may request a conference call with you and relevant staff to discuss this situation. Thank you for reporting this matter to OLAW.

Sincerely,

(b) (6)

Axel Wolff, M.S., D.V.M.
Deputy Director
Office of Laboratory Animal Welfare

cc: IACUC Chair

Obtained by Rise for Animals. Uploaded 07/08/2020

A3823-7Q

Baylor College of Medicine

OFFICE OF RESEARCH

One Baylor Plaza, BCM310
Houston, Texas 77030-3411

(713) 798 – 6983
(713) 798 – 2721 FAX
akuspa@bcm.edu

CONFIDENTIAL

April 24, 2019

Brent Morse, DVM
Acting Director, Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health
olawdco@mail.nih.gov

RE: Assurance #D16-00475

Dear Dr. Morse,

As Institutional Official for Baylor College of Medicine (BCM), I have the duty to inform you of our Institutional Animal Care and Use Committee's (IACUC) recent finding in animal research after an assessment of the following protocol:

**Protocol:** AN-5734: The Role of Microenvironment in Breast Cancer Metastasis
**Species:** Mice
**Funding Sources**: National Institutes of Health (NIH) 5R01-CA183878 and [redacted] (b) (4) (b) (4) (Non-PHS funding)

The IACUC determined that the following finding constituted *serious and continuing noncompliance*[i] with the federal regulations:

**Preoperative Technique**[ii, iii, iv,]

- A research associate incorrectly administered the analgesic meloxicam postoperatively instead of preoperatively, as described in the IACUC approved protocol. In addition, the researcher associate failed to maintain aseptic technique by continuing to use a glove that breached the sterile field.

**Corrective Actions:**

1. The research associates responsible was immediately re-trained and demonstrated appropriate surgical technique to veterinary staff.
2. The PI reviewed the approved protocols and the approved procedures with all laboratory members.
3. The researchers associated with this finding completed the Surgical Training Ambassador re-training and successfully demonstrated proficiency prior to the conduct of any further surgical procedures.
4. A Post Approval Monitoring visit will be conducted by Research Compliance Services within two months.

---

[i] PHS Policy IV.F.3.a: "The IACUC, through the Institutional Official, shall promptly provide OLAW with a full explanation of the circumstances and actions taken with respect to: a. any serious or continuing noncompliance with this Policy;"

[ii] PHS Policy IV.C.1.b "Procedures that may cause more than monetary or slight pain or distress to the animals will be performed with appropriate sedation, analgesia, or anesthesia, unless the procedure is justified for scientific reasons in writing by the investigator."
[iii] The Guide for the Care and Use of Laboratory Animals 8th ed. p.115: "Successful surgical outcomes require appropriate attention to presurgical planning, personnel training, anesthesia, aseptic and surgical technique, assessment of animal well-being, appropriate analgesics"
[iv] The Guide for the Care and Use of Laboratory Animals 8th ed. p.121: "the selection of appropriate analgesics and anesthetics should reflect professional veterinary judgment as to which best meets clinical and humane requirements as well as the needs of the research protocol."



Obtained by Rise for Animals. Uploaded 07/08/2020

This finding of non-compliance does not appear to pose any potential or actual effect on costs related to this PHS-supported research.

This notification will also be sent to AAALAC International, the National Institutes of Health, and the non-PHS funding source according to the terms and conditions of the award.

Please do not hesitate to contact me if you have any questions.

Sincerely,

(b) (6) [redacted]

Adam Kuspa, PhD
Senior Vice President and Dean of Research
Institutional Official
Baylor College of Medicine

cc: Principal Investigator
Department Chair
Research Compliance Services files



Obtained by Rise for Animals. Uploaded 07/08/2020

**Morse, Brent (NIH/OD) [E]**

---

**From:** OLAW Division of Compliance Oversight (NIH/OD)
**Sent:** Monday, April 29, 2019 4:25 PM
**To:** (b) (6) [redacted] OLAW Division of Compliance Oversight (NIH/OD)
**Cc:** (b) (6) [redacted]
**Subject:** RE: OLAW Report - Assurance D16-0475

Thank you for these four reports (b) (6) [redacted] We will send official responses soon.

Best regards, Brent Morse

Brent C. Morse, DVM, DACLAM
Director
Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health

Please note that this message and any of its attachments are intended for the named recipient(s) only and may contain confidential, protected or privileged information that should not be distributed to unauthorized individuals. If you have received this message in error, please contact the sender.

**From:** (b) (6) [redacted]
**Sent:** Friday, April 26, 2019 2:33 PM
**To:** OLAW Division of Compliance Oversight (NIH/OD) <olawdco@od.nih.gov>
**Cc:** (b) (6) [redacted]
**Subject:** OLAW Report - Assurance D16-0475

Dear Dr. Morse,
Please find attached notifications of research non-compliance and adverse event as determined by our IACUC, and sent on behalf of Dr. Adam Kuspa, Institutional Official. Please feel free to contact me if you have any questions.

Thank you,
(b) (6) [redacted]

(b) (6) [redacted]



Obtained by Rise for Animals. Uploaded 07/08/2020