**EXHIBIT 32**

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

**PUBLIC HEALTH SERVICE**
**NATIONAL INSTITUTES OF HEALTH**

FOR US POSTAL SERVICE DELIVERY:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500, MSC 6910
Bethesda, Maryland 20892-6910
Home Page: http://grants.nih.gov/grants/olaw/olaw.htm

FOR EXPRESS MAIL:
Office of Laboratory Animal Welfare
6700B Rockledge Drive, Suite 2500
Bethesda, Maryland 20817
Telephone: (301) 496-7163
Facsimile: (301) 402-7065

May 2, 2019

Re: Animal Welfare Assurance
A3823-01 [OLAW Case 7O]

Dr. Adam Kuspa
Senior Vice President for Research
Baylor College of Medicine
One Baylor Plaza, BCM310
Houston, TX 77030

Dear Dr. Kuspa,

The Office of Laboratory Animal Welfare (OLAW) acknowledges receipt of your April 24, 2019 letter reporting an instance of noncompliance with the PHS Policy on Humane Care and Use of Laboratory Animal Welfare at Baylor College of Medicine. According to the information provided, OLAW understands that seven mice undergoing survival surgery were not monitored for two days postoperatively and did not receive the required analgesia. Also, there was insufficient documentation of the controlled analgesic drug given preoperatively.

The corrective actions consisted of having a veterinary technician assess the mice. One mouse required euthanasia and the others appeared to be in good health. The Attending Veterinarian stopped the surgeries until retraining was completed and proficiency assessed. The laboratory staff was retrained on post-operative care, monitoring, documentation, and controlled substance use. The laboratory will ensure that there is adequate staff coverage to conduct appropriate postoperative monitoring.

Based on its assessment of this explanation, OLAW understands that measures have been implemented to correct recurrence of this problem. While OLAW concurs with the actions taken by the institution to comply with the PHS Policy, we find it disappointing that under the current enhanced reporting of efforts taken to prevent surgical problems, another problem such as this has occurred. In addition to pre-retraining and retraining, it is necessary to initiate escalating sanctions such as personnel actions, suspending animal use privileges, or revoking animal use privileges in order to successfully prevent recurrence. Because these perioperative failures have the potential for causing pain, distress, or death in laboratory animals, an institutional culture of compliance must be initiated with zero tolerance for repeated surgical failures throughout the animal care and use program. OLAW expects any future reports of surgical/surgery related failures to include more stringent corrective actions. These expectations should be communicated to all animal users conducting surgery. Thank you for informing OLAW about this matter.

Sincerely,

(b) (6)

Axel Wolff, M.S., D.V.M.
Deputy Director
Office of Laboratory Animal Welfare

cc: IACUC Chair

Obtained by Rise for Animals. Uploaded 07/08/2020

A3823-70

Baylor College of Medicine

OFFICE OF RESEARCH

One Baylor Plaza, BCM310
Houston, Texas 77030-3411

(713) 798 – 6983
(713) 798 – 2721 FAX
akuspa@bcm.edu

CONFIDENTIAL

April 24, 2019

Brent Morse, DVM
Acting Director, Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health
olawdco@mail.nih.gov

RE: Assurance #D16-00475

Dear Dr. Morse,

As Institutional Official for Baylor College of Medicine (BCM), I have the duty to inform you of our Institutional Animal Care and Use Committee's (IACUC) recent findings in animal research after an assessment of the following protocol:

**Protocol:** AN-6100: Regulation of Remyelination in the Central Nervous System
**Species:** Mice
**Funding Sources:** National Cancer Institute (NCI) R01-CA217105; National Institutes of Health (NIH) 1F32-CA221015; 5F32-CA221015; and the following Non-PHS funding: [redacted] (b) (4) (b) (4)

The IACUC determined that the following findings constituted *serious noncompliance*[i] with the federal regulations:

**Postoperative Care and Monitoring**[ii, iii, iv]

Seven mice underwent surgery and did not receive appropriate postoperative monitoring for a two day period, as described in the IACUC approved protocol. During this period the mice were not monitored and did not receive the approved post-operative analgesic meloxicam, as required. Upon assessment by a veterinary technician, one mouse was euthanized and the six other mice were in good health and had no health issues.

---

[i] PHS Policy IV.F.3.a: "The IACUC, through the Institutional Official, shall promptly provide OLAW with a full explanation of the circumstances and actions taken with respect to: a. any serious or continuing noncompliance with this Policy;"

[ii] The Guide for the Care and Use of Laboratory Animals p.119, "An important component of postsurgical care is observation of the animal and intervention as necessary during recovery from anesthesia and surgery (Haskin and Eisele 1997). The intensity of monitoring will vary with the species and the procedure and may be greater during the intermediate anesthetic recovery period. During this period, animals should be in a clean, dry, comfortable area where they can be observed frequently by trained personnel. Particular attention should be given to the thermoregulation, cardiovascular and respiratory function, electrolyte and fluid balance, and management of postoperative pain or discomfort. Additional care may be warranted, including long-term administration of parental fluids, analgesics, and other drugs, as well as care of surgical incisions. Appropriate medical records should also be maintained. After recovery from the anesthesia, monitoring is often less intense but should include attention to basic biological functions of the intake and elimination and to the behavioral signs of postoperative pain, monitoring for postsurgical infections, monitoring for the surgical incision site dehiscence as appropriate, and timely removal of skin sutures, clips or staples (UFAW 1989)."

[iii] The GUIDE, 8th Ed. p115: "Successful surgical outcomes require appropriate attention to presurgical planning, personnel training, anesthesia, aseptic and surgical technique, assessment of animal well-being, appropriate use of analgesics, and animal physiologic status during all phases of a protocol involving surgery and postoperative care."

[iv] The GUIDE, 8th Ed. p115: "Researchers conducting surgical procedures must have appropriate training to ensure that good surgical technique is practiced – that is, asepsis, gentle tissue handling, minimal dissection of tissue, appropriate use of instruments, effective hemostasis, and correct use of suture materials and patterns."



Obtained by Rise for Animals. Uploaded 07/08/2020

**Drug Log[v, vi]**

During the assessment, it was discovered that there was not appropriate documentation required for the use of the pre-operative analgesic buprenorphine that was administered to all seven mice.

**Corrective Actions:**

1. The Attending Veterinarian halted surgeries until the research associate responsible could be re-trained and demonstrated proficiency to veterinary staff in the approved surgical procedures.
2. The PI held a laboratory meeting where the Training Ambassador (TA) reviewed appropriate postoperative care and monitoring and use of institutional surgical cards to document surgery, post-operative care and monitoring.
3. All researchers completed a hands-on training with veterinary staff to review controlled substance use, including appropriate documentation.
4. All future surgeries conducted by the laboratory will include appropriate postoperative monitoring and the schedule will be communicated throughout the entire laboratory for additional coverage, as needed.

These findings of non-compliance do not appear to pose any potential or actual effect on costs related to this PHS-supported research.

This notification will also be sent to AAALAC International, the National Cancer Institute, the National Institutes of Health, and the non-PHS funding sources according to the terms and conditions of the awards.

Please do not hesitate to contact me if you have any questions.

Sincerely,

(b) (6) [redacted]

Adam Kuspa, PhD
Senior Vice President and Dean of Research
Institutional Official
Baylor College of Medicine

cc: Principal Investigator
Department Chair
Research Compliance Services files

---

[v] 21 CFR 1304.22(c): Records for dispensers and researchers. Each person registered or authorized to dispense or conduct research with controlled substances shall maintain records with the same information required of manufacturers pursuant to paragraph (a)(2)(i), (ii), (iv), (vii), and (ix) of this section. In addition, records shall be maintained of the number of units or volume of such finished form dispensed, including the name and address of the person to whom it was dispensed, the date of dispensing, the number of units or volume dispensed, and the written or typewritten name or initials of the individual who dispensed or administered the substance on behalf of the dispenser.

[vi] BCM Controlled Substance Policy p. 9: "Log books are required for each individual controlled substance dispensed."



Obtained by Rise for Animals. Uploaded 07/08/2020

**From:** OLAW Division of Compliance Oversight (NIH/OD)
**Sent:** Monday, April 29, 2019 4:25 PM
**To:** (b) (6) [redacted] OLAW Division of Compliance Oversight (NIH/OD)
**Cc:** (b) (6) [redacted]
**Subject:** RE: OLAW Report - Assurance D16-0475

Thank you for these four reports (b) (6) [redacted] We will send official responses soon.

Best regards, Brent Morse

Brent C. Morse, DVM, DACLAM
Director
Division of Compliance Oversight
Office of Laboratory Animal Welfare
National Institutes of Health

Please note that this message and any of its attachments are intended for the named recipient(s) only and may contain confidential, protected or privileged information that should not be distributed to unauthorized individuals. If you have received this message in error, please contact the sender.

---

**From:** (b) (6) [redacted]
**Sent:** Friday, April 26, 2019 2:33 PM
**To:** OLAW Division of Compliance Oversight (NIH/OD) <olawdco@od.nih.gov>
**Cc:** (b) (6) [redacted]
**Subject:** OLAW Report - Assurance D16-0475

Dear Dr. Morse,
Please find attached notifications of research non-compliance and adverse event as determined by our IACUC, and sent on behalf of Dr. Adam Kuspa, Institutional Official. Please feel free to contact me if you have any questions.

Thank you,
(b) (6) [redacted]

(b) (6) [redacted]



Obtained by Rise for Animals. Uploaded 07/08/2020