# EXHIBIT 33

United States Department of Agriculture
Animal and Plant Health Inspection Service

**2016082568870469** Insp_id

# Inspection Report

Baylor College Of Medicine
Mailstop: Bcm310
One Baylor Plaza, Suite 600 D
Houston, TX 77030

Customer ID: **1412**
Certificate: **74-R-0018**
Site: 001
Baylor College of Medicine

Type: ROUTINE INSPECTION
Date: 25-SEP-2017

**2.32(a)**

**PERSONNEL QUALIFICATIONS.**

Under protocol AN-636 records indicate a piglet (L182-12) was born on September 23, 2017 and documented to have trouble nursing. Supportive care was provided to assist with feeding by research personnel. Records indicate that at 900 on September 24, 2017 the piglet was identified as weak, small and not receiving adequate nutrition per veterinary assessment. Laboratory staff began formula feeding every three hours. The next documented entry occurs on September 25, 2017 at 0200 stating the piglet was found dead. Staff indicated that the piglet was fed on a 3 hour schedule and appeared stable, but did not recognize the need to document the care and observations.

The facility must ensure that all personnel involved in animal care and use are appropriately qualified and trained. Animal observations, record keeping and documentation are integral parts of humane animal care and necessary for assurance that animal distress is minimized. The facility should review review personnel qualifications including research technicians, laboratory staff and scientists. Training and instruction should be provided regarding the record-keeping and documentation necessary to demonstrate compliance with acceptable standards for animal treatment, care and use. Correct by: October 29, 2017.

This inspection was conducted with CCM and RCS staff. The exit interview was conducted with the IACUC Vice Chair, AV, CCM and RCS staff.

**Prepared By:** MOORE MARY, D V M

MOORE MARY, D V M USDA, APHIS, Animal Care

**Date:**
29-SEP-2017

**Title:** VETERINARY MEDICAL OFFICER 1044

**Received By:** [redacted]

**Title:**

**Date:**
29-SEP-2017



Obtained by Rise for Animals. Uploaded 07/08/2020