**EXHIBIT 34**

United States Department of Agriculture
Animal and Plant Health Inspection Service

**201608256792718O** Insp_id

# Inspection Report

Baylor College Of Medicine
Mailstop: Bcm310
One Baylor Plaza, Suite 600 D
Houston, TX 77030

Customer ID: **1412**
Certificate: **74-R-0018**
Site: 001
Baylor College of Medicine

Type: ROUTINE INSPECTION
Date: 12-SEP-2016

**2.31(d)(5) CRITICAL**

**INSTITUTIONAL ANIMAL CARE AND USE COMMITTEE (IACUC).**

Two rabbits underwent implant surgery under protocol 6629 on July 30, 2015. The next day, the surgical wounds were noted to have dehisced. One animal (1507) was euthanized as a result of the adverse event. The other animal underwent an unscheduled surgery to repair the wound. It was subsequently determined that in the original procedures the surgeon did not close the wounds in multiple layers as required by the protocol. Surgical technique error, unrelated to training, was identified as the primary cause of the adverse event. Documentation review showed that the incident was reported to the IACUC, identified as a serious non-compliance by the IACUC and appropriately managed by the IACUC and the facility prior to this inspection.

Protocol 5795 requires weighing animals at least twice weekly during specific water restriction activities. One animal (RQ9229) was water restricted on July 11-14, 2016. On July 17, 2016 the animal was noted to have behavior changes. This animal was weighed on July 11 and July 17. No definitive diagnosis was determined as a cause for the behavior changes. However, weights during water restricted activities as a tool to monitor hydration status were not performed according to the protocol schedule.

Deviation from approved requirements and procedures can result in unnecessary animal pain, suffering and distress. The IACUC must continue to review ongoing activities as often as necessary to ensure compliance with protocols. Correct by: Immediate.

The inspection was conducted over a two day period 09/12/16 and 9/13/16 with CCM and RCS staff. The exit interview was conducted with the IACUC chair, CCM director, AV, clinical veterinarians and RCS.

**Prepared By:** MARY MOORE, D V M USDA, APHIS, Animal Care

**Date:** 19-SEP-2016

**Title:** VETERINARY MEDICAL OFFICER 1044

**Received by Title:** DIRECTOR CCM

**Date:** 19-SEP-2016

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 1412
Inspection Date: 12-SEP-16

# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 1412 | 74-R-0018 | 001 | Baylor College of Medicine | 12-SEP-16 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000016 | *Cavia porcellus* | DOMESTIC GUINEA PIG |
| 000020 | *Macaca mulatta* | RHESUS MACAQUE *MALE |
| 000004 | *Oryctolagus cuniculus* | EUROPEAN RABBIT |
| 000006 | *Ovis aries aries* | SHEEP INCLUDING ALL DOMESTIC BREEDS |
| 000040 | *Sigmodon hispidus* | HISPID COTTON RAT |
| 000013 | *Sus scrofa domestica* | DOMESTIC PIG / POTBELLY PIG / MICRO PIG |
| **000099** | **Total** | |