United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CINDY BUCKMASTER | § | |
| | § | |
| VS. | § | 3:22-cv-59 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE | § | |

**ORDER**

On December 20, 2023, the court issued a memorandum opinion and order granting the defendant's motion to dismiss in part. Dkt. 28. Since that time, there has been no activity in this case.

Accordingly, the parties are ordered to file a joint status report on or before **Friday, September 18, 2026,** advising the court of the current status of this case. Failure to do so may result in dismissal of this case. SIGNED on Galveston Island this 20th day of August, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE