**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CINDY BUCKMASTER<br><br>Relator,<br>v.<br><br>BAYLOR COLLEGE OF MEDICINE<br><br>Defendant. | Civil Action No. 3:22-cv-59 |

**RELATOR'S UNOPPOSED MOTION FOR WITHDRAWAL OF ANDREA MEZA AS COUNSEL**

Relator moves for entry of an order permitting Andrea Meza to withdraw as counsel of record as Andrea Meza's last day of employment with Government Accountability Project will be September 9, 2026. John R. Thomas, Jr. will continue as Attorney to be Noticed for Relator. This request will not affect any future deadlines in this case. Relator's counsel has conferred with Relator and sent a copy of both this motion and the proposed order to Relator, who consents to the filing of both. Relator's counsel has also conferred with Defendant's counsel, who is unopposed to this motion.

WHEREFORE, the undersigned attorney requests an order of this Court granting this Motion for Withdrawal of Andrea Meza as Counsel for Relator.

Dated: September 4, 2026.

Respectfully submitted,

/s/ Andrea Meza
Andrea L. Meza
Government Accountability Project
1612 K St. NW, Suite #808
Washington DC, 20006
(202) 457-0034
andream@whistleblower.org

Attorney for Relator

**CERTIFICATE OF SERVICE**

I hereby certify that this motion was filed with the Court's ECF system and thereby served on all parties of record on September 4, 2026.

/s/ Andrea Meza
Andrea L. Meza