United States District Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:22-cv-59 |
|---|---|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CINDY BUCKMASTER | | | |
| *versus* | | | |
| BAYLOR COLLEGE OF MEDICINE | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thad M. Guyer<br>T.M. Guyer & Friends, PC<br>116 Mistletoe Street<br>Medford, OR 97501<br>Telephone: (202) 227-3590; Email: thad@guyerfriends.com<br>Oregon; 821443<br>U.S.D.C. District of Oregon (no number issued) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiff-Relator Dr. Cindy Buckmaster |

Has applicant been sanctioned by any bar association or court? Yes __✓__ No ______

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 9/15/2026 | Signed: /s/ Thad M. Guyer |

| | |
|---|---|
| The state bar reports that the applicant's status is: Clear | |
| Dated: 9/16/2026 | Clerk's signature G. Cardenas |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: 9/16/2026

[signature]
United States District Judge

**PARTICULARS OF SANCTIONS**

Attachment to Motion and Order for Admission Pro Hac Vice

United States District Court, Southern District of Texas, Galveston Division
No. 3:22-cv-59; Judge Jeffrey V. Brown

Applicant: Thad M. Guyer, Oregon Bar No. 821443

This attachment supplies the full particulars required by the Southern District of Texas Motion and Order for Admission Pro Hac Vice form. The form asks whether the applicant has been sanctioned by any bar association or court. The answer is Yes. Each matter is stated on a separate sheet below.

## I. VIRGINIA STATE BAR PRIVATE REPRIMAND

Virginia State Bar, *In the Matter of Thad M. Guyer*, VSB Docket No. 25-070-132899. The Virginia State Bar imposed a Private Reprimand with Terms, i.e. three hours of AI related CLE. The Subcommittee Determination was mailed May 7, 2025. The matter arose from generative-AI citation and quotation errors in June 7, 2024 Rule 72 objections in *Iovino v. Michael Stapleton Associates, Ltd.*, No. 5:21-cv-00064-TTC-CKM (W.D. Va.). The rules cited were Va. RPC 1.1 and 8.4(a). The matter closed September 10, 2025. There was no formal discipline. Applicant is not a member of the Virginia State Bar. In the related *Iovino* proceeding, the Western District of Virginia stated on October 10, 2024, that no sanction was warranted (ECF No. 200).

## II. DISTRICT OF OREGON RULE 11 ADMONISHMENT

In *Marti v. U.S. Pro Moving and Logistics, LLC*, No. 1:21-cv-00471-AA (D. Or.), ECF No. 113 (January 27, 2026), a RICO actions against furniture movers, the court admonished Thad M. Guyer for his conduct in the prosecution of Plaintiffs' claims against Rice only. The court found that no evidence had supported naming Rice as a defendant. A motion for

reconsideration submitted voluminous evidence against Rice, and the court denied Guyer's request that he be sanctioned for not taking Rice's motion for sanctions seriously enough. The court found the motion for reconsideration to be "entirely frivolous". The court declined to award attorney fees or anything other than the single admonition. Reconsideration was denied by ECF No. 120 (April 28, 2026). A motion to allow immediate appeal to the Ninth Circuit under Rule 54 is pending.

## III. ADMINISTRATIVE LICENSE EVENTS

Guyer is an active member in good standing of three bar associations: Tennessee, Arkansas and Oregon. He has never been a member of any other bar. These following events were administrative. They are disclosed because the form asks about sanctions by any bar association or court.

**Tennessee**. A Supreme Court of Tennessee order dated April 29, 2021, summarily suspended the license of Thad McIntosh Guyer, BPR No. 006167, for nonpayment of the annual registration fee. An order in No. M2025-01711-SC-BAR-BP reinstated him effective October 28, 2025. This license is currently Active and in good standing.

**Arkansas**. The Supreme Court of Arkansas certificate dated December 8, 2025, states that Thad M. Guyer was enrolled on September 5, 1980; that the license was suspended for continuing legal education deficiencies on March 27, 2001; that the license was deemed surrendered for nonpayment of the annual license renewal fee in 2016 Ark. 408 on November 21, 2016; and that the license was reinstated to active and good standing on December 4, 2025.

**Oregon**. Oregon State Bar certificates identify Bar No. 821443. No grievances or disciplinary proceedings pending, no past Oregon Supreme Court or Disciplinary Board discipline, and Active good standing is the current status. Oregon conducted reciprocal review of

the Virginia matter after a self-report about September 18, 2024 (LDD 2401299; Thad M. Guyer (25-63)). No formal Oregon State Bar sanction was imposed.

*/s/ Thad M. Guyer*
____________________________ September 9, 2026

T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
Phone (202) 227-3590
email thad@guyerfriends.com
Oregon Bar No. 821443