United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CINDY BUCKMASTER, | § | |
| | § | |
| Plaintiff-Relator, | § | |
| | § | |
| VS. | § | 3:22-cv-59 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| | § | |
| Defendants. | | |

## ORDER REQUESTING BRIEFING

The court has reviewed the parties' joint-status report. Dkt. 34. It requests further briefing from the parties.

The defendant's briefing must be filed on or before **Tuesday, October 20, 2026**. It should explain why this court should dismiss the case pursuant to Federal Rule of Civil Procedural 41(b).

The plaintiff's response is due on or before **Tuesday, November 3, 2026** and should address the same topic, including an explanation on why issues with retaining counsel resulted in protracted inactivity in the case since this court granted in part and denied in part the defendant's motion to dismiss on December 20, 2023. Dkt. 28.

The defendant's reply is due on or before **Tuesday, November 10,**

Signed on Galveston Island this 29th day of September, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE